**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tuff Turf Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **48-1188710** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**5948 MERRIAM DR**
**Shawnee, KS 66203-3162**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Johnson**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.tuffturfkc.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5617

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  2, 2022**
                MM / DD / YYYY

**X** **/s/ Matt Nelson**                                          **Matt Nelson**
Signature of authorized representative of debtor                  Printed name

Title    **Vice-President/Secretary**

**18. Signature of attorney**

**X** **/s/ Ryan A. Blay**                                          Date    **December  2, 2022**
Signature of attorney for debtor                                   MM / DD / YYYY

**Ryan A. Blay 28110**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone    **(913) 422-0909**        Email address    **blay@wagonergroup.com**

**28110 KS**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tuff Turf Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Balboa**<br>**17218 Preston Rd**<br>**#2600**<br>**Dallas, TX 75252** | | equipment lease | | | | $0.00 |
| **BSB Leasing**<br>**PO Box 3892**<br>**Seattle, WA 98124** | | lease | | | | $120,000.00 |
| **BSB Leasing**<br>**PO Box 3892**<br>**Seattle, WA 98124** | | lease | | | | $120,000.00 |
| **Can Capital**<br>**414 W 14th St**<br>**3rd Floor**<br>**New York, NY 10014** | | general security agreement on business assets secondary to US SBA | | $196,000.00 | Unknown | Unknown |
| **CNH Capital America**<br>**PO Box 3600**<br>**Lancaster, PA 17604** | | | | | | $9,000.00 |
| **First MO/Verimore**<br>**300 W. Lockling Ave.**<br>**Brookfield, MO 64628** | | 2007 Ford F250 SD, VIN 1FTNF21547EB13 084; 2004 Mitsubishi Cabover with heavy equip bed, VIN JL6BKH1554K006 671; 2006 GMC Cabover with heavy equip bed, | | $90,000.00 | Unknown | Unknown |
| **Funding Circle**<br>**PO Box 39383**<br>**San Francisco, CA 94139-8383** | | | | | | $5,100.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Home Depot PO Box 6497 Sioux Falls, SD 57117 | | credit card | | | | $9,646.00 |
| Internal Revenue Service Centralized Insolvency Ops Post Office Box 7346 Philadelphia, PA 19101-7346 | | unsecured portion of claim | | | | $0.00 |
| Internal Revenue Service Centralized Insolvency Ops Post Office Box 7346 Philadelphia, PA 19101-7346 | | priority portion of any tax claim | | | | $0.00 |
| Internal Revenue Service Centralized Insolvency Ops Post Office Box 7346 Philadelphia, PA 19101-7346 | | all property pursuant to tax lien | | $72,000.00 | Unknown | Unknown |
| Jason Williamson 8340 Old Ham Road Kansas City, MO 64138 | | former co-owner of business. any potential liabilities. | | | | $0.00 |
| Jeffery Henry c/o Attorney Julie Anderson 4006 Central St Kansas City, MO 64111 | | 2017-LM-005277 Jeffery Henry vs. Grace Deal and Tyler Deal - failure to withhold garnishment | | | | $6,382.43 |
| Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66611-2005 | | notice only - debtor does not believe KDOR is owed anything. | | | | $0.00 |
| Marlin PO Box 637 Mount Laurel, NJ 08054 | | 7x16 dump trailer, serial #4RAD1626MC053 372, salt shields, plows | | $43,500.00 | $0.00 | $43,500.00 |

| Debtor | **Tuff Turf Inc.** | Case number *(if known)* | |
|--------|-------------------|--------------------------|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pavlich, Inc. 250 S. 5th St. Kansas City, KS 66101** | | **trucking/sand/salt** | | | | **$13,000.00** |
| **Quicktrip PO Box 219736 Kansas City, MO 64121** | | **unsecured** | | | | **$21,000.00** |
| **Smittys Lawn & Garden Equip. 2300 N Rogerd Rd. Olathe, KS 66062** | | | | | | **$5,400.00** |
| **Targeted Lending 5500 Main St. Williamsville, NY 14221** | | | | | | **$60,000.00** |
| **TD Bank/Yard Card PO Box 9547 attn: bankruptcy Portland, ME 04112-9547** | | | | | | **$1,700.00** |

Case 22-21176    Doc# 1    Filed 12/02/22    Page 8 of 51

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Enterprise Bank & Trust - funds in trust from pre-filing payments to proposed counsel WM Law | trust account | | $4,749.50 |
| 3.2. | US Bank | Gold Business Checking | 1779 | $0.00 |
| 3.3. | Verimore (Formerly First Missouri) | Commercial Checking | 6578 | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                     $4,749.50
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor **Tuff Turf Inc.**    Case number *(If known)* _____
        Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____ **32,000.00** - _____ **0.00** = .... _____ **$32,000.00**
        face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                              | **$32,000.00** |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** furniture and fixtures, all used | **Unknown** | Liquidation | **$3,500.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                              | **$3,500.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. vehicles, mowers, and other equipment<br>- see attached list | $0.00 | expected resale | $630,390.90 |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**

| | |
| --- | --- |
| | $630,390.90 |

Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

| | | | |
|---|---|---|---|
| debtor's website. debtor pays $300 per month for its maintenance. | Unknown | N/A | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations** list is unprinted but debtor has records from accounts receivable and other records. | Unknown | N/A | $0.00 |

64. **Other intangibles, or intellectual property**

65. **Goodwill** Company has been around since 1989. There may be some intangible goodwill built. | Unknown | N/A | $0.00 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

   | | Current value of debtor's interest |

71. **Notes receivable**
   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**cause of action against previous business owner for
misreprsentation.  Prior owner is now deceased and
debtor does not believe it will pursue any claim due to
the prior owner's passing**                                                **$0.00**

| Nature of claim | misrepresentation |
|---|---|
| **Amount requested** | **$0.00** |

---

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.   **Total of Part 11.**                                                **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Tuff Turf Inc.**  Case number *(if known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,749.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $630,390.90 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $670,640.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $670,640.40 |

Debtor name **Tuff Turf Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.1  Ally Financial

Creditor's Name

**PO Box 380902**
**Minneapolis, MN 55438**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**0146**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 Ford F250 crew cab lariat, VIN 1FT7W2B6XHEC08718**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$26,600.00**    Value of collateral: **$62,500.00**

### 2.2  Can Capital

Creditor's Name

**414 W 14th St**
**3rd Floor**
**New York, NY 10014**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**

**Last 4 digits of account number**
**9457**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**general security agreement on business assets secondary to US SBA**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$196,000.00**    Value of collateral: **Unknown**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 6

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First MO/Verimore** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2007 Ford F250 SD, VIN 1FTNF21547EB13084; 2004 Mitsubishi Cabover with heavy equip bed, VIN JL6BKH1554K006671; 2006 GMC Cabover with heavy equip bed, VIN 4KDB4B1U26J802378**
**Creditor also has general security agreement secondary to SBA**

| $90,000.00 | Unknown |
|---|---|

**300 W. Lockling Ave.**
**Brookfield, MO 64628**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0627**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit** |
|---|---|

Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford F350 Crew SD Flatbed with lock boxes, serial #1FD8W3H67LED99013**

| $50,101.00 | $78,000.00 |
|---|---|

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**6756**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit** |
|---|---|

Creditor's Name

**PO Box 542000**
**Omaha, NE 68154-8000**

**Describe debtor's property that is subject to a lien**
**2020 Ford F350 Crew SD Flatbed with lock boxes, serial #1FD8W3H67LED990132**

| $51,000.00 | $78,000.00 |
|---|---|

---

| Debtor | **Tuff Turf Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Creditor's mailing address**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**5085**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Internal Revenue Service** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Centralized Insolvency Ops**
**Post Office Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**all property pursuant to tax lien**

$72,000.00      Unknown

**Describe the lien**
**Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Isuzu** | | |
|---|---|---|---|
| | Creditor's Name | | |

**2500 Westchester Ave, Ste 312**
**Purchase, NY 10577**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 Isuzu Crew cabover with heavy equipment, VIN 54DC4JLB9KS807787**

$34,000.00      $62,000.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/2020**

**Last 4 digits of account number**
**9756**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Tuff Turf Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Marlin** |
|---|---|

Creditor's Name

**PO Box 637**
**Mount Laurel, NJ 08054**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**4001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**7x16 dump trailer, serial #4RAD1626MC053372, salt shields, plows**

$43,500.00     $0.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **US Small Business Admin.** |
|---|---|

Creditor's Name

**10675 Bedford Ave**
**Ste. 100**
**Omaha, NE 68134**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**7403**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**general business security agreement/lien on all assets**

$525,000.00     Unknown

**Describe the lien**
**consensual lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Wells Fargo** |
|---|---|

Creditor's Name

**PO Box 3072**
**Cedar Rapids, IA 52406**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Bobcat with 68 in bucket, serial #ALM41662**

$2,700.00     $31,000.00

**Describe the lien**
**Purchase Money Security**

---

| Debtor | **Tuff Turf Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**3001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **Wells Fargo Bank NA** | Describe debtor's property that is subject to a lien | **$22,000.00** | **$32,300.00** |
|---|---|---|---|---|

Creditor's Name

**MAC N8235-040**
**West Des Moines, IA 50266**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**3002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Bobcat MT85 w/ WRT, model MT85, 83TR21268, includes the LT313 Trencher M7014-N, serial #233805934**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,112,901.00** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Can Capital**<br>**2015 Vaughn Rd, Bldg. 500**<br>**Kennesaw, GA 30144** | Line **2.2** | |
| **Ford**<br>**PO Box 62180**<br>**Colorado Springs, CO 80962** | Line **2.4** | |
| **Ford Motor Credit**<br>**PO Box 752271**<br>**Irving, TX 75015** | Line **2.4** | |

**Ford Motor Credit Company**
**PO Box 6508**
**Mesa, AZ 85216-6508**

Line  **2.4**

---

**US SBA**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**

Line  **2.9**

---

Debtor name __**Tuff Turf Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|
| | **Internal Revenue Service** **Centralized Insolvency Ops** **Post Office Box 7346** **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **priority portion of any tax claim** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|
| | **Kansas Department of Revenue** **Civil Tax Enforcement** **PO Box 12005** **Topeka, KS 66611-2005** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **Unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: **notice only - debtor does not believe KDOR is owed anything.** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Balboa**<br>**17218 Preston Rd #2600**<br>**Dallas, TX 75252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __**equipment lease**__ | |
| | Last 4 digits of account number __7000__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|
| | **BSB Leasing**<br>**PO Box 3892**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __**lease**__ | |
| | Last 4 digits of account number __8781__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|
| | **BSB Leasing**<br>**PO Box 3892**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __**lease**__ | |
| | Last 4 digits of account number __1692__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|---|
| | **CNH Capital America**<br>**PO Box 3600**<br>**Lancaster, PA 17604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __2940__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00** |
|---|---|---|---|
| | **Funding Circle**<br>**PO Box 39383**<br>**San Francisco, CA 94139-8383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number __6752__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,646.00** |
|---|---|---|---|
| | **Home Depot**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __**credit card**__ | |
| | Last 4 digits of account number __1170__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __**unsecured portion of claim**__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 22-21176   Doc# 1   Filed 12/02/22   Page 22 of 51

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jason Williamson**
**8340 Old Ham Road**
**Kansas City, MO 64138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **former co-owner of business. any potential liabilities.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,382.43** |
|---|---|---|---|

**Jeffery Henry**
**c/o Attorney Julie Anderson**
**4006 Central St**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2017-LM-005277 Jeffery Henry vs. Grace Deal and Tyler Deal - failure to withhold garnishment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00** |
|---|---|---|---|

**Pavlich, Inc.**
**250 S. 5th St.**
**Kansas City, KS 66101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trucking/sand/salt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|

**Quicktrip**
**PO Box 219736**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **unsecured**

Last 4 digits of account number  **4625**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sheffield Financial**
**PO Box 1847**
**Wilson, NC 27894-1847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**Smittys Lawn & Garden Equip.**
**2300 N Rogerd Rd.**
**Olathe, KS 66062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Targeted Lending**
**5500 Main St.**
**Williamsville, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8156**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Tuff Turf Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**TD Bank/Yard Card**
**PO Box 9547**
**attn: bankruptcy**
**Portland, ME 04112-9547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BSB LEasing**<br>**7800 S. Elati St**<br>**Suite 201**<br>**Littleton, CO 80120** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Citibank/The Home Depot**<br>**Citicorp Cr Srvs/Centralized**<br>**Bankruptcy**<br>**PO Box 790040**<br>**Saint Louis, MO 63129** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **CNH**<br>**PO Box 78004**<br>**Phoenix, AZ 85062** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CNH Industrial Capital LLC**<br>**P.O. Box 71264**<br>**Philadelphia, PA 19176** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Funding Circle**<br>**PO Box 206536**<br>**Dallas, TX 75320** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Home Depot**<br>**PO Box 6530000**<br>**Dallas, TX 75265** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Home Depot**<br>**PO BOX 78011**<br>**Phoenix, AZ 85062** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Home Depot Credit Services**<br>**PO Box 79045**<br>**Saint Louis, MO 63179** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **QuickTrip**<br>**PO Box 6293**<br>**Carol Stream, IL 60197** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Quicktrip**<br>**PO Box 4337**<br>**Carol Stream, IL 60197** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | **4625** |
| 4.11 | **Sheffield Financial**<br>**PO Box 25127**<br>**Winston Salem, NC 27114** | Line **3.12** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.12 | **THD/CBNA**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | Line **3.6** <br><br> ☐ Not listed. Explain ____ | _ |

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td>**Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr>
</table>

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $      371,228.43 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c. | $      371,228.43 |

Fill in this information to identify the case:

Debtor name **Tuff Turf Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **phone equipment** | |
| State the term remaining — **2 years** | **Balboa**<br>**17218 Preston Rd #2600**<br>**Dallas, TX 75252** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **2006 Ford F450 SD Flat bed with lock boxes**<br><br>**1 9 ft 6 Mild Steel HDV SXE77780, (2) Poly 2 yd Salt Dogg SXESHPE2000, F250SD-550SD 05-07 SXE33259, plug-in harness Kit SXEB29049, Blade Wing Kit HD SNX84575, Cable assy vehicle SNX42014, Cntrl Hrns Vehicles SNX28587** | |
| State the term remaining — **8 months** | **BSB Leasing**<br>**PO Box 3892**<br>**Seattle, WA 98124** |
| List the contract number of any government contract | |

Case 22-21176   Doc# 1   Filed 12/02/22   Page 26 of 51



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3.**    State what the contract or lease is for and the nature of the debtor's interest

**1 2021 Interstate IBDU716TA5 7 X 16 Interstate Bumper Pull Dump Tandem Axle 4RADU1626MC053372**
**1 Fastway Zip Trailer Breakaway Cable 4 Foot**
**1 Coupler Latch Pin Simple**
**1 Tire Radial 235/80R16E on 8 Hole 865 White Mod Wheel**
**1 Dump Tarp 7 x 15 Mesh w/ Hardware Kit**
**1 86hdv Mild Steel Blad**
**1 86hdv Mild Steel Blad**
**1 86hdv Mild Steel Blad**
**1 40in Walk Broom Plow**
**3 Poly 2 Yd Salt Dogg**

State the term remaining    **2 years, 11 months**

List the contract number of any government contract

**BSB Leasing, Inc.**
**7921 Southpark Plaza, Ste. 208**
**Littleton, CO 80120**

---

**2.4.**    State what the contract or lease is for and the nature of the debtor's interest    **lease for premises**

State the term remaining    **month to month**

List the contract number of any government contract

**Equipbid.com**
**8675 College Blvd Ste- 270**
**Overland Park, KS 66210**

---

**2.5.**    State what the contract or lease is for and the nature of the debtor's interest    **7X16 dump trailer, some snow plows (Smart Shield)**

State the term remaining    **3 years**

List the contract number of any government contract

**Marlin**
**PO Box 637**
**Mount Laurel, NJ 08054**

---

**2.6.**    State what the contract or lease is for and the nature of the debtor's interest    **Scag mowers, spray tank, blowers, weed eaters**

State the term remaining    **3 years**

List the contract number of any government contract

**Targeted Lending**
**5500 Main St.**
**Williamsville, NY 14221**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

Fill in this information to identify the case:

Debtor name  **Tuff Turf Inc.**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jason Williamson** | **8340 Old Ham Road Kansas City, MO 64138** | **Balboa** | ☐ D _____  ■ E/F __3.1__  ☐ G _____ |
| 2.2 | **Jason Williamson** | **8340 Old Ham Road Kansas City, MO 64138** | **BSB Leasing** | ☐ D _____  ■ E/F __3.2__  ☐ G _____ |
| 2.3 | **Jason Williamson** | **8340 Old Ham Road Kansas City, MO 64138** | **BSB Leasing** | ☐ D _____  ■ E/F __3.3__  ☐ G _____ |
| 2.4 | **Jason Williamson** | **8340 Old Ham Road Kansas City, MO 64138** | **Can Capital** | ■ D __2.2__  ☐ E/F _____  ☐ G _____ |
| 2.5 | **Jason Williamson** | **8340 Old Ham Road Kansas City, MO 64138** | **Internal Revenue Service** | ■ D __2.6__  ☐ E/F _____  ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jason Williamson | 8340 Old Ham Road Kansas City, MO 64138 | Marlin | ■ D ___2.8___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Jason Williamson | 8340 Old Ham Road Kansas City, MO 64138 | Targeted Lending | ☐ D _____ ■ E/F ___3.14___ ☐ G _____ |
| 2.8 | Jason Williamson | 8340 Old Ham Road Kansas City, MO 64138 | US Small Business Admin. | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Jason Williamson | 8340 Old Ham Road Kansas City, MO 64138 | Quicktrip | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |
| 2.10 | Matt Nelson | 14414 W. 92nd Terr. Lenexa, KS 66215 | BSB Leasing | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |
| 2.11 | Matt Nelson | 14414 W. 92nd Terr. Lenexa, KS 66215 | BSB Leasing | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.12 | Matt Nelson | 14414 W. 92nd Terr. Lenexa, KS 66215 | Can Capital | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Matt Nelson | 14414 W. 92nd Terr. Lenexa, KS 66215 | Internal Revenue Service | ■ D ___2.6___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Tuff Turf Inc.** | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**         *Column 2:* **Creditor**

| 2.14 | **Matt Nelson** | **14414 W. 92nd Terr.** **Lenexa, KS 66215** | **Targeted Lending** | ☐ D _____ ■ E/F **3.14** ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Tuff Turf Inc.**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................   $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................   $     **670,640.40**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................................   $     **670,640.40**

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **1,112,901.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................   $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **371,228.43**

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b          $     **1,484,129.43**

Fill in this information to identify the case:

Debtor name **Tuff Turf Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  2, 2022**        *X* **/s/ Matt Nelson**
                                        Signature of individual signing on behalf of debtor

                                        **Matt Nelson**
                                        Printed name

                                        **Vice-President/Secretary**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Tuff Turf Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

<u>Official Form 207</u>
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ☐ Operating a business **Gross receipts and sale per company** ■ Other **records** | **$1,513,919.00** |
| **For prior year:** From **1/01/2021** to **12/31/2021** | ☐ Operating a business **Gross receipts and sales per tax returns** ■ Other | **$1,607,518.00** |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ☐ Operating a business **Gross receipts and sales per tax returns** ■ Other | **$1,308,949.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2021** to **12/31/2021** | **PPP money - loan was forgiven** | **$238,500.00** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Ford Motor Credit** **PO Box 542000** **Omaha, NE 68154-8000** | 10/19/2022, 10/20/2022, 11/14/2022 | $7,526.95 | ☑ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **WM Law, PC**<br>**15095 West 116th Street**<br>**Olathe, KS 66062** | **$10,000 received, of which $1,738 is designated for the Chapter 11 filing fee. The remainder is for attorney's fees, of which the attorney compensation statement will disclose what remains after pre-filing earned fees are applied** | **9/21/2022-1 1/18/2022** | **$10,000.00** |
| | **Email or website address**<br>**blay@wagonergroup.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor paid $6,000, Matt Nelson paid $4,000** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**credit card information for customers;**
**social security information for subcontractors**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **First MO/Verimore**<br>**300 W. Lockling Ave.**<br>**Brookfield, MO 64628** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Nelson** | **14414 W. 92nd Terr.**<br>**Lenexa, KS 66215** | **vice-president/secretary with all outstanding shares of company following 10/2022 purchase from Mr. Williamson** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jason Williamson | 8340 Old Ham Road Kansas City, MO 64138 | president with 81% ownership of busienss | 9/2018 - 10/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | November 2022 - none October 2022 - approx. $2880 pre-tax September 2022 - $1538.46 $27,500.04 total in payroll in YTD 2022 and $500 owner draw-payroll in 12/21/2021 payments for loan costs, payments to Ford for vehicles, or purchase of landscape materials : 2/14/22 - $2500 3/9/22 - $1500 5/9/22 - $10000 6/9/22 - $1200 7/29/22 - $950 8/17/22  $2000 8/18/22 - $8,000 9/28/22 - $600 totaling $26,750 | Payroll for the $27,500.04 - remainder for epayment of funds advanced by Mr. Williamson for payments on Tuff Turf Inc. liabilities for rest. Mr. Williamson would use his personal Bank of America and Chase credit cards, Credit One credit card, Lending Club.  Mr. WIlliamson would use these to pay for company insurance and other necessary operating expenses. |
| | Jason Williamson 8340 Old Ham Road Kansas City, MO 64138 | $35,550 | | |
| | Relationship to debtor ex-President | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | **11/2021-11/2022**<br>**1/24/22 $700**<br>**1/25 - $440**<br>**2/11 $400**<br>**3/7 $500**<br>**4/22 - $500**<br>**5/16 - $600**<br>**5/18 - $400**<br>**7/15 - $1000**<br>**9/16 - $800** | |
| | **Matt Nelson**<br>**14414 W. 92nd Terr.**<br>**Lenexa, KS 66215** | **$5440** | | **payroll and draws** |
| | **Relationship to debtor**<br>**vice-president/secretary** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 2, 2022**

**/s/ Matt Nelson**            **Matt Nelson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice-President/Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Kansas

In re **Tuff Turf Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................... $ **$300 per hour for attorneys, $125 per hour for paralegal time**

    Prior to the filing of this statement I have received ............................... $ **$10,000, of which $1738 is being withheld for filing fees. A portion has been withheld for pre-petition attorney's fees earned, and $4,749.50 held in Trust of WM Law**

    Balance Due ............................... $ **$300 per hour for attorneys, $125 per hour for paralegal time**

2.  The source of the compensation paid to me was:

    ☑ Debtor        ☑ Other (specify):    **Matt Nelson ($4000)**

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re    **Tuff Turf Inc.**                                  Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 23, 2022**
_____
*Date*

                                             **/s/ Ryan A. Blay**

                                             **Ryan A. Blay 28110**
                                             *Signature of Attorney*
                                             **WM Law, PC**
                                             **15095 West 116th Street**
                                             **Olathe, KS 66062**
                                             **(913) 422-0909  Fax: (913) 428-8549**
                                             **blay@wagonergroup.com**
                                             *Name of law firm*

Ally Financial
PO Box 380902
Minneapolis MN 55438


Balboa
17218 Preston Rd #2600
Dallas TX 75252


BSB Leasing
PO Box 3892
Seattle WA 98124


BSB LEasing
7800 S. Elati St
Suite 201
Littleton CO 80120


BSB Leasing, Inc.
7921 Southpark Plaza, Ste. 208
Littleton CO 80120


Can Capital
414 W 14th St
3rd Floor
New York NY 10014


Can Capital
2015 Vaughn Rd, Bldg. 500
Kennesaw GA 30144


Citibank/The Home Depot
Citicorp Cr Srvs/Centralized
Bankruptcy
PO Box 790040
Saint Louis MO 63129


CNH
PO Box 78004
Phoenix AZ 85062


CNH Capital America
PO Box 3600
Lancaster PA 17604

```
CNH Industrial Capital LLC
P.O. Box 71264
Philadelphia PA 19176


Equipbid.com
 8675 College Blvd Ste- 270
Overland Park KS 66210


First MO/Verimore
300 W. Lockling Ave.
Brookfield MO 64628


Ford
PO Box 62180
Colorado Springs CO 80962


Ford Motor Credit
PO Box 542000
Omaha NE 68154-8000


Ford Motor Credit
PO Box 752271
Irving TX 75015


Ford Motor Credit Company
PO Box 6508
Mesa AZ 85216-6508


Funding Circle
PO Box 39383
San Francisco CA 94139-8383


Funding Circle
PO Box 206536
Dallas TX 75320


Home Depot
PO Box 6497
Sioux Falls SD 57117


Home Depot
PO Box 6530000
Dallas TX 75265
```

```
Home Depot
PO BOX 78011
Phoenix AZ 85062


Home Depot Credit Services
PO Box 79045
Saint Louis MO 63179


Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346


Isuzu
2500 Westchester Ave, Ste 312
Purchase NY 10577


Jason Williamson
8340 Old Ham Road
Kansas City MO 64138


Jeffery Henry
c/o Attorney Julie Anderson
4006 Central St
Kansas City MO 64111


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66611-2005


Marlin
PO Box 637
Mount Laurel NJ 08054


Matt Nelson
14414 W. 92nd Terr.
Lenexa KS 66215


Pavlich, Inc.
250 S. 5th St.
Kansas City KS 66101
```

```
Quicktrip
PO Box 219736
Kansas City MO 64121


QuickTrip
PO Box 6293
Carol Stream IL 60197


Quicktrip
PO Box 4337
Carol Stream IL 60197


Sheffield Financial
PO Box 1847
Wilson NC 27894-1847


Sheffield Financial
PO Box 25127
Winston Salem NC 27114


Smittys Lawn & Garden Equip.
2300 N Rogerd Rd.
Olathe KS 66062


Targeted Lending
5500 Main St.
Williamsville NY 14221


TD Bank/Yard Card
PO Box 9547
attn: bankruptcy
Portland ME 04112-9547


THD/CBNA
Po Box 6497
Sioux Falls SD 57117


US SBA
14925 Kingsport Rd.
Fort Worth TX 76155


US Small Business Admin.
10675 Bedford Ave
Ste. 100
Omaha NE 68134
```

```
Wells Fargo
PO Box 3072
Cedar Rapids IA 52406


Wells Fargo Bank NA
MAC N8235-040
West Des Moines IA 50266
```

**United States Bankruptcy Court**
**District of Kansas**

In re   **Tuff Turf Inc.**              Case No.

                                     Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President/Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December  2, 2022**                **/s/ Matt Nelson**

                                        **Matt Nelson/Vice-President/Secretary**
                                        Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    **Tuff Turf Inc.**          Case No.             
                          Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matt Nelson**<br>**14414 W. 92nd Terr.**<br>**Lenexa, KS 66215** | | **!00%** | **all stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Vice-President/Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  2, 2022**                Signature    **/s/ Matt Nelson**

                                                               **Matt Nelson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re    **Tuff Turf Inc.** _____    Case No. _____

                                 Debtor(s)                 Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tuff Turf Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  2, 2022** _____      **/s/ Ryan A. Blay** _____

Date                                        **Ryan A. Blay 28110**

                                          Signature of Attorney or Litigant

                                          Counsel for    **Tuff Turf Inc.** _____

                                          **WM Law, PC**

                                          **15095 West 116th Street**

                                          **Olathe, KS 66062**

                                          **(913) 422-0909 Fax:(913) 428-8549**

                                          **blay@wagonergroup.com**