**SIGNED this 5th day of December, 2022.**



_Dale L. Somers_
Dale L. Somers
United States Chief Bankruptcy Judge

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE**

TUFF TURF, INC.,                                        Case No. 22-21176-11-DLS

      Debtor(s)

### ORDER SCHEDULING CHAPTER 11 SUBCHAPTER V
### STATUS CONFERENCE AND DIRECTING NOTICE

The debtor has filed for relief under Subchapter V of Chapter 11—the Small

Business Reorganization Act (SBRA) of 2019, 11 U.S.C. § 1181 _et al._

The Court will conduct a preliminary status conference pursuant to § 1188(a) on

January 12, 2023, at 1:46 p.m at the U.S. Bankruptcy Court, 500 State Avenue,

Room 144, Kansas City, Kansas 66101 at which time Debtor, Debtor's counsel, and

the trustee are directed to appear Pursuant to Judge Somers' Telephone and Zoom

instructions located on the Court's website ([www.ksb.uscourts.gov/docket/](www.ksb.uscourts.gov/docket/)), the conference

number is (888) 363-4749, and Access Code is 7701720#.

The principal purpose of the status conference is to further the expeditious and economical resolution of the case and to assist the Court in managing its docket. Parties other than the Debtor, Debtor's counsel, and the trustee will be allowed to speak briefly about concerns or problems they anticipate may arise in the case, but they will not be allowed to request relief or seek orders on pending motions and proceedings that will be otherwise scheduled.

**Fourteen (14) calendar days before the status conference**, the Debtor shall file with the Court, *and* serve on the trustee and all parties in interest, the status report specified in § 1188(c) containing the following information:

1. The date the case was filed, and the date Debtor's counsel applied for appointment to represent the Debtor.
2. The name, address, and phone number of the trustee appointed to serve in this case under § 1183.
3. Identify whether this debtor is a debtor as defined in 11 USC §1182(1), as amended, and whether anyone has objected to the debtor's electing to proceed under Subchapter V.
4. The Debtor's proposed deadline for filing objections to claims.
5. The Debtor's proposed deadline for filing a spreadsheet report of allowed and disputed claims by class.
6. The Debtor's proposed deadline for filing any avoidance actions.
7. The Debtor's proposed deadline for filing a plan of reorganization, which under § 1189(b) may not be later than 90 days after the order for relief unless ordered by the Court.
8. The efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization.

**The Debtor shall also indicate to the Court (either in the status report or at the status conference):**

9. Whether the initial financial report and other documentation required by the United States Trustee has been or will be filed, and whether the Debtor is current on the filing of monthly financial reports to the United States Trustee.
10. Whether the Debtor's schedules have been filed in substantially complete form.
11. Whether the Debtor is current on all tax filings, and if not, which returns are outstanding and when they will be filed.

12. Whether the Debtor has given notice of the case to financial institutions, utility companies, landlords, and insurers.
13. Whether the Debtor has reviewed and is complying with the record keeping and reporting duties in Federal Rule of Bankruptcy Procedure 2015(a)(2), (3), (4) and (6) and Interim D. Kan. LBR 2015.1.
14. The Debtor's projections for financial operations for the first 120 days of this case.
15. The Debtor's financial history for the three (3) years prior to the filing of the petition (annual figures).
16. The expected budget for professionals in this case and whether the trustee anticipates the need for retention of professionals.
17. The problems which require resolution through the bankruptcy process.

The Court directs Debtor's counsel to serve a copy of this Order upon the United States Trustee, the Internal Revenue Service, the trustee, all secured creditors, and the Debtor within seven (7) days of this Order and contemporaneously file a Certificate of Service.

**FAILURE TO APPEAR AT THIS STATUS CONFERENCE, TO FILE THE REQUIRED STATUS REPORT, OR TO SERVE NOTICE MAY RESULT IN THE DISMISSAL OF THE CASE OR CONVERSION TO A CASE UNDER CHAPTER 7.**

**IT IS SO ORDERED.**

*###*