**SO ORDERED.**

**SIGNED this 9th day of January, 2023.**



_____Dale L. Somers_____

Dale L. Somers
United States Chief Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## DIVISION OF KANSAS CITY

| | | |
|---|---|---|
| In re: TUFF TURF, INC. | ) | Case No. 22-21176-DLS11 |
| Debtor and | ) | Chapter 11 (Voluntary) |
| Debtor-in-Possession | ) | Subchapter V |

## ORDER GRANTING APPLICATION FOR EMPLOYMENT OF ATTORNEYS FOR DEBTOR AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT, DOC. # 6

On 12/2/2022, Debtor filed Document No. **6,** the Application for Employment of Attorneys for Debtor and Preliminary Approval of Fee Arrangement (the "Application"). The Court finds that the Application, having been noticed for hearing with no objections filed, no hearing held, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Application is GRANTED hereby approving the employment of the lawyers and staff of WM Law named in the Application, and further approving the respective hourly fee rates of WM Law lawyers at $300.00 per hour, and paralegals at $125.00 per hour.

**IT IS SO ORDERED.**

###

Respectfully submitted,
WM Law

s/ Ryan A. Blay

Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)