**SO ORDERED.**

**SIGNED this 23rd day of January, 2023.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## DIVISION OF KANSAS CITY

| | | | |
|---|---|---|---|
| In re: | TUFF TURF, INC. | ) | Case No. 22-21176-DLS11 |
| | Debtor and | ) | Chapter 11 (Voluntary) |
| | Debtor-in-Possession | ) | Subchapter V |

## ORDER GRANTING DEBTOR'S SUBCHAPTER V STATUS CONFERENCE REPORT OF DEBTOR PURSUANT TO 11 U.S.C. Sec. 1188(c), DOC NO. 31

**On 12/29/2022**, Debtor filed **Document No. 31,** the Subchapter V Status Report Pursuant to 11 U.S.C. Sec. 1188(c) (the "Report"). The Court finds that the Report, having been noticed for hearing, with no objections filed, and having held a hearing on the matter, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that the Report is GRANED hereby ordering the following deadlines:

a) 2/16/2023 is the deadline for Filing Objections to Proofs of Claim;

b) 2/7/2023 is the deadline for Debtor to file a Spreadsheet Report of Allowed and Disputed Claims by Class;

c) 3/2/2023 is the deadline for Debtor to file a Plan of Reorganization; and

d) 9/2/2023 is the deadline for Debtor, or any parties in interest, to file any Avoidance Actions under 11 U.S.C. §§544-553.

**IT IS SO ORDERED.**


                                                        ###


Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)