# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 22-21176** |
| **TUFF TURF, INC.** | ) | **Chapter 11 (voluntary)** |
| **Debtor and Debtor-In-Possession.** | ) | **Subchapter V** |

## SMALL BUSINESS PLAN OF REORGANIZATION
## FOR DEBTOR TUFF TURF, INC., DATED MARCH 2, 2023

This Plan of Reorganization is presented to you to inform you of the proposed Plan for restructuring the debt of Proponent TUFF TURF, INC., and to seek your vote to accept the Plan.

You are encouraged to carefully review the full text of this document, including all exhibits and attachments, before deciding how to vote on the Plan.

**IN ADDITION TO CASTING YOUR VOTE TO ACCEPT OR REJECT THE PLAN, YOU MAY OBJECT TO THE TERMS OF THE PROPOSED PLAN. IF YOU WISH TO OBJECT TO THE ADEQUACY OF THE DISCLOSURES OR TO THE TERMS OF THE PROPOSED PLAN, THE OBJECTION DATES WILL BE PROVIDED IN A SEPARATE NOTICE.**

**YOUR BALLOT STATING HOW YOU ARE VOTING ON THE PLAN MUST BE RETURNED BY [DATE TO BE ANNOUNCED BY COURT AT STATUS CONFERENCE TBD]**

**THE BALLOT MUST BE MAILED TO THE FOLLOWING ADDRESS:
RYAN A. BLAY, 15095 WEST 116TH STREET, OLATHE, KS 66062.**

**A HEARING ON THE CONFIRMATION OF THE AMENDED PLAN IS SCHEDULED FOR [DATE TO BE ANNOUNCED BY COURT AT STATUS CONFERENCE TBD].**

Your rights may be affected by this Plan of Reorganization. You should consider discussing this document with an attorney.

Dated: March 2, 2023        Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

1

## TABLE OF CONTENTS

I.   PLAN            Pages 3 – 27

II.  EXHIBIT A    ASSETS – Schedules A/B

III. EXHIBIT B    MONTHLY OPERATING REPORT(S) FILED WITH THE
                        COURT

IV. EXHIBIT C    JANUARY 2023 PROFIT AND LOSS

V.  EXHIBIT D    LEASES – Schedule G – Assumption of Executory Contracts and
                        Unexpired Leases

VI. EXHIBIT E    PROJECTIONS OF CASH FLOW/EARNINGS POST
                        CONFIRMATION PERIOD

           VII.     EXHIBIT F    LIQUIDATION ANALYSIS

# ARTICLE I

**1.1**    **Definitions**

A.    DEBTOR: TUFF TURF, INC.

B.    CREDITORS: All creditors of the Debtor holding claims for unsecured debt, liabilities, demands, or claim of any character whatsoever, including any under-secured creditors.

C.    SECURED CREDITORS: All creditors who hold a lien, security interest or other encumbrance which has been properly perfected, as required by law with respect to the property owned by the Debtor, prior to the filing of this case, or thereafter as authorized and ordered by the Court.

D.    PRIORITY CREDITORS: All creditors who are deemed a priority under Section 507 of the Bankruptcy Code.

E.    PLAN: Debtor's proposed reorganization plan in its present form or as it may be amended or supplemented from time-to-time hereafter.

F.    COURT: United State Bankruptcy Court for the District of Kansas, including the United States Bankruptcy Judge presiding in the Chapter 11 case of the Debtor.

G.    CLAIM: A duly listed or timely filed claim which is allowed and ordered paid by the Court.

H.    EFFECTIVE DATE: Fourteen (14) days after the date on which the order confirming the Plan becomes final and non-appealable.

I.    ADMINISTRATIVE EXPENSES: Claims against the Debtor arising under 11 U.S.C. § 507(a)(1) and allowed by the Court.

## HISTORY OF THE BUSINESS OPERATIONS OF THE DEBTOR

**1.2**    **Nature of the Debtor's Business**

Tuff Turf, Inc. ("Tuff Turf" or the "Debtor") provides residential and commercial landscaping, snow removal and grounds maintenance in the metropolitan Kansas City area.  It is headquartered in Merriam, KS and is currently operated by Matt Nelson. Tuff Turf has 12 employees including Mr. Nelson.

**1.3**    **History of Business Operations of the Debtor**

In 2019, Matt Nelson and his now former business partner, Jason Williamson, purchased Tuff Turf, Inc, from its former owner and operator. Mr. Nelson and Mr. Williamson made payments to the former owner (who is now deceased) and assumed some debt of the former owner.  They do not owe anything further to the former owner or his estate.

In 2021, the operations of Tuff Turf were hurt substantially by COVID-19.  Reduced income led to the failure to pay employee taxes, and Mr. Williamson as the principal manager incurred numerous loans to keep the business afloat, including high payment merchant cash advances.

In 2022, Mr. Nelson and Mr. Williamson had a disagreement about the future of Tuff Turf.  Mr. Nelson agreed to pay to buy out Mr. Williamson.  Tuff Turf believes Mr. Williamson will be likely seeking Chapter 7 bankruptcy protection as a result of personal guarantees on much of Tuff Turf's obligations.  Mr. Nelson wished to continue the business and see it through a turnaround.

3

Due to the pandemic, Tuff Turf was able to obtain some relief through the United States Small Business Administration ("SBA") with a Secured Disaster Note, originally incurred in May of 2020 and modified in June of 2021 to add additional relief.

Tuff Turf obtained Paycheck Protection Program ("PPP") loans as well. The PPP loans were forgiven, but the Secured Disaster Loan requires a long term payback until 2050.

Merchant cash advance loans are fixed sums in exchange for a percentage of future sales. As part of these loan arrangements, some but not all lenders received a security agreement and filed the necessary Uniform Commercial Code ("UCC") financing statements to perfect liens on assets of Tuff Turf.

The Debtor decided to attempt a reorganization with reduced payroll to assist in a turnaround.

**1.4     Filing of the Debtor's Chapter 11 Case**

On December 2, 2022, the Debtor filed a voluntary petition for relief under the Bankruptcy Code. The Chapter 11 case is pending in the Bankruptcy Court for the District of Kansas.

**1.5     Legal Structure and Ownership**

Tuff Turf, Inc. is owned by its sole shareholder, Matt Nelson. No other parties other than Mr. Nelson control any portion of the Debtor.

**1.6     Debtor's Assets**

The Debtor's assets consist of a bank account at US Bank through which all receipts are processed and payments are made, periodic accounts receivable, furniture and fixtures, some intellectual property and substantial business equipment which was valued in the Debtor's original schedules at over $630,000. The Debtor is seeking to retain all equipment through this Plan of Reorganization. A list of assets marked as **Exhibit A** is attached in the form of Schedule A/B from Debtor's petition.

**1.7     Debtor's Liabilities**

The secured claims of Debtor consist mainly of liens on the Debtor's assets as well as general business security agreements with (1) CAN Capital, Inc. (formerly WebBank), The US SBA (2) and (3) Verimore Bank/First Missouri Bank on all of the Debtor's assets. Along with that, there are tax debts to the IRS. The Debtor does not believe any amounts are owed to the Kansas Department of Revenue and no claim has been filed by KDOR. There are some general unsecured debts schedules as well, many of which related to equipment leases to be treated through this Plan.

**1.8     Current and Historical Financial Conditions**

The Debtor has been able to reduce payroll and other expenses and has been able to continue operating without the strain of daily payments on cash advances. The Debtor believes it is going to make more revenue and more of a profit on high end residential landscaping work and a reduction in maintenance work, and that the business will not only survive but thrive as the economy continues to open back up.

4

The Debtor believes that if it is allowed to reorganize, it can now pay operating costs along with secured creditors to maintain its equipment as paying unsecured creditors its projected disposable income, equaling not less than would have been paid under Chapter 7 of the Bankruptcy Code. See attached copies of Debtor's Monthly Operating Report filed since the filing of the bankruptcy case, for the month of December 2022, Marked as **Exhibit B**. (January 2023's is in preparation, and the Debtor anticipates filing this and February 2023's operating report before any hearing on confirmation of this Plan) Additionally, see the Profit and Loss Statement from January 2023, marked as **Exhibit C**.

**1.9    Events Leading to the Filing of the Bankruptcy Case**

The primary driver of the bankruptcy filing was the split in ownership with Mr. Williamson departing and Mr. Nelson assuming control of day to day operations.

**1.10    Significant Events During the Bankruptcy Case**

Since the filing of the bankruptcy the following is a list of significant events:

- The Debtor received approval to continue payment for rent, utilities and critical vendors
- The Debtor and Ford Motor Credit Company LLC entered into an agreed order resolving Ford's Motion for Adequate Protection (or in the alternative, motion for relief from stay), filed as Doc. #36
- The Debtor is working on a similar Motion and order with Targeted Lending.

**1.11    Projected Recovery of Avoidable Transfers**

The Debtor does not anticipate any litigation to seek recovery of avoidable transfers.

# ARTICLE 2

## THE PLAN

The Debtor's Plan must describe how its Creditors will be paid. Certain Claims are entitled to specific treatment under the Bankruptcy Code and are not placed in a class for purpose of payment. For example, Administrative Expenses and Priority Tax Claims are not classified.

As required by the Code, the Plan places Claims and Equity Interests in various classes and describes the treatment each class will receive. The Plan also states whether each class of Claims or Equity Interests is impaired or unimpaired. A Claim or Equity Interest can be impaired if the Plan alters the legal, equitable or contractual rights to which the Claimants are otherwise entitled. If the Plan is confirmed, each Creditor's recovery is limited to the amount provided in the Plan.

Only Creditors in classes that are impaired may vote on whether to accept or reject the Plan, and only Creditors holding Allowed Claims may vote. A class accepts the Plan when more than one-half (1/2) in number and at least two-thirds (2/3) in dollar amount of the Allowed Claims that actually vote,

vote in favor of the Plan. Also, a class of Equity Interests holders accepts the Plan when at least two-thirds (2/3) in amount of the allowed Equity Interest holders that actually vote, vote in favor of the Plan. A class that is not impaired is deemed to accept the Plan.

## 2.1 <u>Unclassified Claims</u>

Certain types of Claims are automatically entitled to specific treatment under the Code. For example, Administrative Expenses and Priority Tax Claims are not classified. They are not considered impaired, and holders of such Claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, the Plan does not place the following Claims in any class.

### A. **Administrative Expenses**

The Debtor must pay all Administrative Expenses in full. If an Administrative Expense is disputed, the Bankruptcy Court must determine the validity and amount of the Administrative Expense, or in other words, "allow" the Administrative Expense. Any Administrative Expense that is undisputed and is due and owing on the Confirmation Date must be paid on the Effective Date of the Plan, or upon such other terms as agreed upon by the Debtor and the Administrative Claimant. If the Administrative Expense is disputed, payment will be made after the Administrative Expense is allowed by the Bankruptcy Court.

There are several types of Administrative Expenses, including the following:

1. If the Debtor trades in the ordinary course of business following its filing of the Chapter 11 Case, Creditors are entitled to be paid in full for the goods or services provided. This ordinary trade debt incurred by the Debtor after the Petition Date will be paid on an ongoing basis in accordance with the ordinary business practices and terms between the Debtor and its trade Creditors.

2. If the Debtor received goods it has purchased in the ordinary course of business within twenty (20) days before the Petition Date, the value of the goods received is an Administrative Expense.

3. Administrative Expenses also include any post-petition fees and expenses allowed to professionals, including attorneys and accountants employed upon Bankruptcy Court authority to render services to the Debtor during the course of the Chapter 11 case. These fees and expenses must be noticed to Creditors and approved by the Bankruptcy Court prior to payment.

The following chart lists the Debtor's estimated Administrative Expenses, and their proposed treatment under the Plan:

| Type | Estimated Amount Owed | Proposed Treatment |
|------|------------------------|--------------------|
| Expenses arising in the ordinary course of business after the Petition Date | None | Payment through the Plan as follows: |
| Administrative Tax Claim | None | Payment through the Plan |

| The value of goods received in the ordinary course of business within 20 days before the Petition Date | None | Payment through the Plan as follows: |
|---|---|---|
| Professional fees, as approved by the Bankruptcy Court | Counsel estimates post-filing fees at approximately $20,000, exclusive of any funds held in trust. | After Bankruptcy Court approval, Payment through the Plan as follows: Retainer to be paid from funds held in Attorney's Trust Account, then $1666.66 per month for 12 months.<br><br>Additional fees paid by Debtor, after Bankruptcy Court approval. |
| Clerk's Office fees | None | Paid in full on the Effective Date. |
| Other Administrative Expenses | None | Payment through the Plan as follows: |
| Trustee | Kent Adams | Upon application under § 330 and after Bankruptcy Court approval, payment through the Plan as follows: Within 30 days of Order of Approval or as negotiated with the Trustee. Debtor anticipates these expenses to total approximately $2,000.00 |

### B. Priority Tax Claims

Priority Tax Claims are unsecured income, employment, and other taxes described by § 507(a)(8) of the Code. Unless the holder of such a § 507(a)(8) Priority Tax Claim agrees otherwise, it must receive the present value of such Claim, in regular installments paid over a period not exceeding five (5) years from the order of relief.

Each holder of a Priority Tax Claim will be paid as set forth in the chart below:

| Name of Taxing Authority and Type of Tax | Estimated Amount Owed | Date of Assessment | Treatment |
|---|---|---|---|
| Internal Revenue Service | $47,067.99 | 2020-2022 | Payment Treatment:<br><br>Interest rate: 5%<br><br>Paid in full no later than 60 months of the petition date (December 2, 2022) by 56 consecutive payments of $944.11 monthly beginning April 30, 2022. Any nonpriority portion will be treated as a general unsecured claim. |

7

The Debtor believes there may be an adjustment pending from the Internal Revenue Service as a result of payments made pre-petition on this account and is in communications with the proof of claim filer to determine if there are additional credits pending. If the Debtor receives any credits for pre-petition payments made after this Plan has been confirmed, the Debtor may elect to have the liabilities with the IRS reduced accordingly and apply those credits or seek funds to pay into this Plan and account for those at the end of the fiscal year funds are received.

## 2.2 Classes of Claims and Equity Interests

The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

### A. Classes of Secured Claims

Allowed Secured Claims are Claims secured by property of the Debtor's bankruptcy estate (or that are subject to setoff) to the extent allowed as secured Claims.

All fees required to be paid by 28 U.S.C. § 1930(a)(6)("United States Trustees Fees") will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Bankruptcy Code. Any United States Trustee Fees owed on the or before the Effective Date of the Plan will be paid on the Effective Date.

Under § 506 of the Code, if the value of the collateral or setoffs securing the Creditor's Claim is less than the amount of the Creditor's Allowed Claim, the deficiency will be classified as a general unsecured Claim.

The following chart lists all classes containing the Debtor's secured prepetition Claims and their proposed treatment under the Plan:

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---|---|---|---|---|
| 1 | Secured claim of: CAN Capital, Inc, assignee of WebBank – Claim filed as #12

Collateral description: Collateral description: General business security agreement in the Debtor's assets. UCC filed with the Kansas Department of Revenue on October 31, 2018.

Allowed Secured Amount: $252,197.93

Priority of lien: | No | Impaired | Treatment of Lien:

Regular monthly payments of $2675 per month. Payments are amortized over 10 years with a maturity date of 10 years from the effective date.

Payments begin: April 30, 2023 Payments end: March 31, 2028

Interest rate: 5.00% |

8

| | | | | |
|---|---|---|---|---|
| | First Position among holders of Class 1 "blanket" liens on assets of the business; second position on all assets pledged as collateral to Class 2 PMSI creditors<br><br>Pre-petition Arrearage: $91,350.77<br><br>Total Claim: $252,197,93 | | | Treatment of Lien:<br>Paying secured part of Claim.<br><br>**CAN Capital, Inc. shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).** |
| 1 | Secured claim of:<br>United States Small Business Administration ("SBA) (Claim filed as #4)<br><br>Collateral description:<br>General business security agreement in the Debtor's assets pursuant to the properly perfected UCC financing statement filed with Kansas Secretary of State on May 20, 2020.<br><br>Allowed Secured Amount: $180719.00<br><br>Priority of lien:<br>Third Position on assets secured by Class 2 creditor liens, second position on remaining assets pursuant to blanket lien (behind CAN Capital, Inc.)<br><br>Total Claim: $533,565.07 | No | Impaired | Regular monthly payments of $1916.81 as follows:<br><br>Payments begin:<br>April 30, 2023<br>Payments end:<br>March 31, 2028<br><br>Payments are amortized over 10 years with a maturity date of 10 years from the effective date.<br><br>Interest rate:<br>5%<br><br>Treatment of Lien:<br>Paying secured part of Claim. The SBA's secured claim is calculated as the total value of Debtor's assets less the secured claim of CAN Capital, Inc. less the secured claims of the class 2 creditors holding PMSI liens.<br><br>**The SBA shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).** |
| 1 | Secured claim of:<br>Verimore Bank/First Missouri Bank – Claim filed as #8<br><br>Collateral description:<br>Collateral description:<br>General business security agreement in the Debtor's | No | Impaired | Treatment of Lien:<br><br>Treatment of Lien:<br>Paying $0 for secured part of Claim. Claim is being deemed wholly unsecured as there is no equity to which its lien may attach. Verimore Bank shall be paid with |

9

| | | | | |
|---|---|---|---|---|
| | assets pursuant to the properly perfected UCC financing statement filed with Kansas Secretary of State on April 12, 2021<br><br>Allowed Secured Amount: $0<br><br>Priority of lien:<br>Fourth Position on assets secured by Class 2 creditor liens, third position on remaining assets pursuant to blanket lien (behind CAN Capital, Inc and the US SBA)<br><br>Pre-petition Arrearage:<br>$90,966.04<br><br>Total Claim:<br>$90,966.04 | | | other Class 6 creditors.<br><br>**Verimore Bank/First Missouri Bank shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i) and shall release its lien on all assets of the Debtor upon discharge of this Plan.** |
| 2 | Secured claim of:<br>Ally Bank ("Ally") – Claim filed as #1<br><br>Collateral description:<br>2017 Ford F250 Super Duty Crew Cab XL Pickup 4d 8ft, VIN 1FT7W2B6XHEC08718<br>Allowed Secured Amount:<br>$24,819.27<br><br>Priority of lien:<br>First Position<br><br>Pre-petition Arrearage:<br>$1001.38<br><br>Total Claim:<br>$24,819.27 | No | Impaired | Regular monthly payments of $468.37 as follows:<br><br>Payments begin:<br>April 30, 2023<br>Payments end:<br>March 31, 2028<br><br>Interest rate:<br>5.00%<br><br>Treatment of Lien:<br>Paying secured part of Claim.<br><br>**Ally shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).** |
| 2 | Secured claim of:<br>Ford Motor Credit Company LLC ("Ford") – Claim Filed as #3<br><br>Collateral description:<br>2020 Ford F350, VIN 1FD8W3H77LED99012<br>Allowed Secured Amount: | No | Impaired | Treatment of Lien:<br><br>Regular monthly payments of $923 as follows:<br><br>Payments begin:<br>April 30, 2023<br>Payments end:<br>March 31, 2028 |

10

| | | | | |
|---|---|---|---|---|
| | $48,910.58<br><br>Priority of lien:<br>First Position<br><br>Pre-petition Arrearage:<br>$4,951.00<br><br>Total Claim:<br>$48,910.58 | | | Interest rate:<br>5.00%<br><br>Treatment of Lien:<br>Paying secured part of Claim.<br><br>**Ford shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).**<br><br>**Debtor has been making adequate protection payments to Ford pursuant to Doc. #36, an agreed order resolving Ford's motion for adequate protection. These payments shall be applied to the amounts owed on the secured claim.** |
| 2 | Secured claim of:<br>Ford Motor Credit Company LLC ("Ford") – Claim Filed as #14<br><br>Collateral description:<br>VIN 1FD8W3H68LED99013<br>Allowed Secured Amount:<br>$39,479.73<br><br>Priority of lien:<br>First Position<br><br>Pre-petition Arrearage:<br>$0<br><br>Total Claim:<br>$39,479.73 | No | Impaired | Treatment of Lien:<br><br>Regular monthly payments of $745.03 as follows:<br><br>Payments begin:<br>April 30, 2023<br>Payments end:<br>March 31, 2028<br><br>Interest rate:<br>5.00%<br><br>Treatment of Lien:<br>Paying secured part of Claim.<br><br>**Ford shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).** |
| 2 | Secured claim of:<br>Wells Fargo Vendor Financial Services, LLC ("Wells Fargo") – Claim Filed as #10<br><br>Collateral description:<br>(a) 2014 Bobcat S570 Skid | No | Impaired | Treatment of Lien:<br><br>Regular monthly payments of $457.84 as follows:<br><br>Payments begin:<br>April 30, 2023 |

| Class # | Description | Insider? (Yes or No) | Impairment | Treatment |
|---|---|---|---|---|
| | Steer Loader, Serial #ALM411662, Model #S570 (UCC lien filed with Kansas Secretary of State on March 9, 2018)<br><br>(b) 2020 Bobcat MT85 Mini Truck Loader, Serial #B3TR21268, Model #MT85 (UCC lien filed with Kansas Secretary of State on July 2, 2020)<br><br>(c) Allowed Secured Amount: $24,261.13<br><br>Priority of lien: First Position<br><br>Pre-petition Arrearage: $3,468.52<br><br>Total Claim: $48,910.58 | | | Payments end: March 31, 2028<br><br>Interest rate: 5.00%<br><br>Treatment of Lien: Paying secured part of Claim.<br><br>**Wells Fargo shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).**<br><br>**Any prepetition adequate protection payments made by the Debtor shall be applied to the amount owed on the secured claim.** |
| 2 | Secured Claim of Tokyo Century (USA) Inc.<br><br>Collateral description: 2019 Isuzu NPR-HD Allowed Secured Amount: $40,559.67<br><br>Priority of lien: First Position<br><br>Pre-petition Arrearage: $0<br><br>Total Claim: $40,559.67 | No | Impaired | Treatment of Lien:<br><br>Regular monthly payments of $765.41 as follows:<br><br>Payments begin: April 30, 2023<br>Payments end: March 31, 2028<br><br>Interest rate: 5.00%<br><br>Treatment of Lien: Paying secured part of Claim.<br><br>**Tokyo Century (USA) Inc. shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).** |
| **Class #** | **Description** | **Insider? (Yes or No)** | **Impairment** | **Treatment** |

| 3 | Secured claim of: Funding Circle aka FC Marketplace, LLC – Claim filed as #5

Collateral description: Collateral description: General business security agreement in the Debtor's assets pursuant to the properly perfected UCC financing statement filed with Kansas Secretary of State on April 12, 2018

Allowed Secured Amount: $5101.59

Priority of lien: First Position

Pre-petition Arrearage: $n/a

Total Claim: $5101.59 | No | Impaired | Treatment of Lien:

Regular monthly payments of $96.27

Payments begin: April 30, 2023
Payments end: March 31, 2028

Interest rate: 5.00%

Treatment of Lien: Paying secured part of Claim.

**Funding Circle/FC Marketplace, LLC shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).** |
|---|---|---|---|---|
| 3 | Secured claim of: Targeted Lending Co, LLC – Claim filed as #11

Collateral description: Collateral description: 1 2021 Interstate 1BDU716TA5 7X16 Interstate Bumper Pull Dump Tandem Axle, VIN#4RADU1626MC053372; 1 Fastway Zip Trailer Breakaway Cable 4 Foot; 1 Coupler Latch Pin Simple; 1 Tire Radial 235/80R16E on 8 Hole 865 White Mod Wheel; 1 Dump Tarp 7X15 Mesh w/ Hardware Kit; 1 86 hdv Mild Steel Blade (X3); 1 40 in Walk Broom Plow; 3 Poly 2 Yd 2Salt Dogg, pursuant to the properly perfected UCC financing statement filed with | No | Impaired | Treatment of Lien:

Regular monthly payments of $1028.36

Payments begin: April 30, 2023
Payments end: March 31, 2028

Interest rate: 5.00%

Treatment of Lien: Paying secured part of Claim.

**Targeted Lending Co. LLC shall retain its lien on the collateral to the extent of the allowed amount of such claim pursuant to 11 U.S.C. §1129(b)(2)(A)(i).**

**Despite the name of the Creditor** |

| | Kansas Secretary of State on 10/10/2020<br><br>Allowed Secured Amount: $54,493.42<br><br>Priority of lien: First Position<br><br>Pre-petition Arrearage: $0<br><br>Total Claim: $54,493.42 | | | **and what purports to be a lease, this is in fact a security agreement for equipment the Debtor is purchasing.** |
|---|---|---|---|---|
| **Class #** | **Description** | **Insider? (Yes or No)** | **Impairment** | **Treatment** |
| 4 | Purported Secured claim of: Financial Pacific Leasing – Claim filed as #16<br><br>Collateral description: 2014 Isuzu NPR<br><br>Allowed Secured Amount: $N/A<br><br>Priority of lien: First Position<br><br>Pre-petition Arrearage:<br><br>Total Claim: $N/A<br><br>Disputed amount:  $16,360.77, $11,319.87 arrearage claim | No | Impaired | Treatment of Lien:<br><br>Debtor shall not pay on this claim as the collateral listed was totaled in 2020 and the Debtor believes that Financial Pacific Leasing was paid.  If PFL was not paid in full, the balance would be unsecured and paid with class 6 general unsecured creditors as described below.<br><br>Treatment of Lien: Debtor shall not pay and will dispute as necessary |

**B.  Classes of Priority Unsecured Claims**

Certain priority Claims that are referred to in §§ 507(a)(1), (4), (5), (6), and (7) of the Code are required to be placed in classes. The Code requires that each holder of such a Claim receive cash on the Effective Date of the Plan equal to the allowed amount of such Claim.  However, a class of holders of such Claims may vote to accept different treatment.

The following chart lists all classes containing Claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code and their proposed treatment under the Plan:

14

| Class # | Description | Impairment | Treatment |
|---------|-------------|------------|-----------|
| 5 | Priority unsecured claims pursuant to Section 507(a)(1), (4), (5), (6), and & (7) **None** | [state whether impaired or unimpaired] – n/a, no such creditors | n/a |

### C. Classes of General Unsecured Claims

General unsecured Claims are not secured by property of the estate and are not entitled to priority under § 507(a) of the Code. [Insert description of §1122(b) convenience class if applicable.]

The following chart identifies the Plan's proposed treatment of Classes 6 through 8, which contain general unsecured Claims against the Debtor:

| Class # | Description | Insider? (Yes or No) | Impairment |
|---------|-------------|----------------------|------------|
| 6 | General unsecured class<br><br>Includes:<br>CNH Industrial America LLC (Claim #2) Marlin (Claim #6); Johnson County Wastewater (Claim #7), Verimore Bank (First Missouri Bank) (Claim #8); Verizon Wireless (Claim #9) and the unsecured portion of the claim from the Internal Revenue Service (Claim #13) | Impaired | For the unsecured claims, General Unsecured Creditors shall share in payments from disposable monthly income following years 1-5. The Debtor does not anticipate having funds available to pay general unsecured creditors in Year 1 of the plan due to administrative costs. |
| | | | Based on current claims, debtor anticipates paying unsecured claims in full with pro rata payments during years 2 and 3 of the plan. Years 4 and 5 are available if necessary for surplus claims. |
| | | | |

### D. Classes of Equity Interest Holders

Equity Interest holders are parties who hold an ownership interest (i.e., equity interest) in the Debtor. In a corporation, entities holding preferred or common stock are Equity Interest holders. In a partnership, Equity Interest holders include both general and limited partners. In a limited liability company ("LLC"), the Equity Interest holders are the members. Finally, with respect to an individual who is a debtor, the Debtor is the Equity Interest holder.

The following chart sets forth the Plan's proposed treatment of the classes of Equity Interest holders: [There may be more than one class of Equity Interest holders in, for example, a partnership case, or a case where the prepetition Debtor had issued multiple classes of stock.]

15

| Class # | Description | Insider? (Yes or No) | Impairment |
|---------|-------------|----------------------|------------|
| 7 | Equity Interest Holders: Matt Nelson | Unimpaired | Retain ownership interest in the Corporation |

## 2.3     Estimated Number and Amount of Claims Objections

A Disputed Claim is a claim that has not been allowed or has been disallowed by a final non-appealable order, and as to which either:

    (i)     A proof of claim has been filed or deemed filed, and the Debtor of another party in interest has filed an objection; or

    (ii)    No proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or liquidated.

The Debtor will have the power and authority to settle and compromise a Disputed Claim with Court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

The Debtor may object to the amount or validity of any Claim within 60 days of the Confirmation Date by filing an objection with the Bankruptcy Court and serving a copy of the objection on the holder of the Claim. The Claim objected to will be treated as a Disputed Claim under the Plan. If and when a Disputed Claim is finally resolved by the allowance of the Claim in whole or in part, the Debtor will pay the Allowed Claim in accordance with the Plan. [Set forth amount and number of Claims in each class that will objected to.]

| Class | Number of Claims Objected To | Amount of Claims Objected To |
|-------|------------------------------|------------------------------|
| | The Debtor does not anticipate filing any claims objections. However, to the extent future filed tax returns, amended returns, or filings indicate a change in the amount due to any taxing authority, the Debtor may initiate a claim objection within the time frame specified above. | n/a |

## 2.4     Treatment of Executory Contracts and Unexpired Leases

Executory Contracts are contracts where significant performance of the contract remains for both the Debtor and another party to the contract. The Debtor has the right to reject, assume (i.e., accept), or assume and assign these types of contracts to another party, subject to the Bankruptcy Court's approval. The paragraphs below explain the Debtor's intentions regarding its Executory Contracts (which includes its unexpired leases) and the impact such intentions would have on the other parties to the contracts.

Check all that apply.

**[X]    Assumption of Executory Contracts**

16

The Executory Contracts listed below shall be assumed by the Debtor unless otherwise noted. Assumption means that the Debtor has elected to continue to perform the obligations under such contracts and unexpired leases, and to cure defaults of the type that must be cured under the Bankruptcy Code, if any.

If you object to the assumption of your unexpired lease or executory contract, the proposed cure of any defaults, or the adequacy of assurance of future performance, you must file and serve your objection to the assumption within the deadline for objecting to the confirmation of the Plan, unless the Bankruptcy Court as set an earlier date.

**The Debtor formally accepts the lease with Equipbid.com for its commercial premises, assumes the executory contract with Balboa for phone equipment and rejects all other executory contracts..**

OR

[  ]      Rejection of Executory Contracts and Unexpired Leases

The Executory Contracts shown on Exhibit ___ shall be rejected by the Debtor.

Further, the Debtor will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly shown on Exhibit ____, or not assumed before the date of the order confirming the Plan.

Rejection means that the Debtor has elected not to continue to perform the obligations under such contracts or leases. If the Debtor has elected to reject a contract or lease, the other party to the contract or lease will be treated as an unsecured Creditor holding a Claim that arose before the bankruptcy was filed.

**2.5      Means for Implementation of the Plan**

Upon Confirmation of the Plan, the Debtor shall make direct payments to all the secured, priority and general unsecured creditors per the provisions above, unless otherwise noted, from its income and any contributions from the Debtor's principal. Debtor believes the market for its services continues to stabilize following lifting of the restrictions from the COVID-19 pandemic.

Upon Confirmation of the Plan, all property of the Debtor, tangible and intangible, including, without limitation, licenses, furniture, fixtures and equipment, will revert, free and clear of all Claims and Equitable Interests except as provided in the Plan, to the Debtor. The Debtor expects to have sufficient cash on hand to make the payments required on the Effective Date.

Pursuant to 11 U.S.C. § 1192(c)(2)(A), all of the projected disposable income of the Debtor to be received in the 3-year period, or such longer period not to exceed five (5) years as the Court may fix, beginning on the date that the first payment is due under the Plan will be applied to make payments under the Plan.

17

**2.6    Disbursing Agent**

Distributions to Creditors provided for in this Plan will be made by <u>TUFF TURF, INC., directly.</u>

**2.7    Post-Confirmation Management**

The Post-Confirmation Officers/Management of the Debtor, and their compensation, shall be as follows:

| Name | Position | Compensation |
|------|----------|--------------|
| Matt Nelson | Owner | Mr. Nelson will receive a monthly salary, estimated at $5,000 per month. This is subject to future review as the plan progresses. |

**2.8    Tax Consequences of the Plan**

**Creditors and Equity Interest Holders Concerned with How the Plan May Affect Their Tax Liability Should Consult with Their Own Accountants, Attorneys, and/or Advisors.**

The following are the anticipated tax consequences of the Plan: The Debtor is treated as a Sub Chapter S Corporation for tax purposes and all income and losses pass through directly to the members, who are Matt Nelson. There should be no tax consequences to the Debtor.

**2.9    Projections in Support of Debtor's Ability to Make Payments Under the Proposed Plan**

Debtor has provided projected financial information. Those projections are listed in **Exhibit D**.

# ARTICLE 3

## FEASIBILITY OF PLAN

The Bankruptcy Court must find that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor, unless such liquidation or reorganization is proposed in the Plan.

**3.1    Ability to Initially Fund Plan**

The Plan Proponent believes that the Debtor will have enough cash on hand on the Effective Date of the Plan to pay all the Claims and expenses that are entitled to be paid on that date.

**3.2    Ability to Make Future Plan Payments and Operation Without Further Reorganization**

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments.

18

The Plan Proponent has provided projected financial information. Those projections are listed in **Exhibit E**.

The Plan Proponent's financial projections show that the Debtor will have an aggregate annual average cash flow, after paying operating expenses and post-confirmation taxes (and proposed Chapter 11 plan payments), of $3600 in year 1, $8,757.60 in year 2, $74,757.60 in year 3, $221,757.60 in year 4, $265,764 in year 5]. The final Plan payment is expected to be paid in **March 2028**.

**You Should Consult with Your Accountant or other Financial Advisor If You Have Any Questions Pertaining to These Projections.**

## ARTICLE 4

## LIQUIDATION ANALYSIS

To confirm the Plan, the Bankruptcy Court must find that all Creditors and Equity Interest holders who do not accept the Plan will receive at least as much under the Plan as such Claimants and Equity Interest holders would receive a in Chapter 7 liquidation. A liquidation analysis is attached hereto as **Exhibit F.**

# ARTICLE 5

## **DISCHARGE**

On the Confirmation Date of this Plan, the Debtor will be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the Effective Date, to the extent specified in § 1141(d)(1)(A) of the Code. The Debtor will not be discharged from any debt imposed by this Plan.

<h1 style="text-align:center">ARTICLE 6</h1>

<h2 style="text-align:center">GENERAL PROVISIONS</h2>

**6.1**     **Title to Assets**

Except as otherwise provided in the Plan or in the order confirming the Plan,

(i)     confirmation of the Plan vests all of the property of the estate in the Debtor, and

(ii)     after confirmation of the Plan, the property dealt with by the Plan is free and clear of all Claims and Equity Interests of Creditors, equity security holders, and of general partners in the Debtor.

**6.2**     **Binding Effect**

If the Plan is confirmed, the provisions of the Plan will bind the Debtor and all Creditors, whether or not they accept the Plan. The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity.

**6.3**     **Severability**

If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**6.4**     **Retention of Jurisdiction by the Bankruptcy Court**

The Bankruptcy Court shall retain jurisdiction of this case with regard to the following matters:

(i)     To make such orders as are necessary or appropriate to implement the provisions of the Plan and to resolve any disputes arising from implementation of the Plan;

(ii)     To rule on any modification of the Plan proposed under Section 1127;

(iii)     To hear and allow all applications for compensation to professionals and other Administrative Expenses;

(iv)     To resolve all issues regarding Claims objections, and issues arising from the assumption/rejection of executory contracts or unexpired leases; and

(v)     To adjudicate any cause of action which may exist in favor of the Debtor, including preference and fraudulent transfer causes of action.

**6.5**     **Captions**

The headings contained in the Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

**6.6**     **Confirmation of Plan**

The Debtor is a corporation. The confirmation of the Plan is treated in 11 U.S.C. § 1191 with the Discharge treated pursuant to 11 U.S.C. § 1192.

**6.7**     **Modification of Plan**

The Plan Proponent may modify the Plan at any time before confirmation of the Plan. However, the Court may require re-voting on the Plan.

The Plan Proponent may also seek to modify the Plan at any time after confirmation only if:
(i)     The Plan has not been substantially consummated and
(ii)    The Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

## 6.8     Creditor Remedies in Event of Default under Plan

A default under this Plan is defined as a failure to pay two or more consecutive payments under this plan or failure to pay any single payment for 90 days or more from a due date.   Any Creditor whose payment is in default may file a Notice of Default with this Court and provide written notice care of Debtor's counsel via e-mail or United States mail, first class.  If such default is not cured within 30 days of the Notice of Default, the Creditor may elect to assert a restoration of security interests at contract amounts still owed, and the right of the Creditor to seek liquidation of non-exempt assets.

## 6.9     Final Decree

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Plan Proponent or such other party as the Bankruptcy Court shall designate in the Plan Confirmation Order, shall file a motion with the Bankruptcy Court to obtain a final decree to close the case.  Alternatively, the Bankruptcy Court may enter such a final decree on its own motion.

Dated: March 2, 2023                    Respectfully submitted,

                                        /s/ Matt Nelson
                                        Tuff Turf, Inc.
                                        By Owner Matt Nelson

        Dated: March 2, 2023            Respectfully submitted,
                                        WM Law

                                        /s/ Ryan A. Blay
                                        Ryan A. Blay, MO #KS001066; KS #28110
                                        15095 W. 116th St.
                                        Olathe, KS 66062
                                        Phone (913) 422-0909 / Fax (913) 428-8549
                                        blay@wagonergroup.com
                                        ATTORNEY FOR DEBTOR(S)

# EXHIBIT A

## ASSETS: Schedules A/B

Debtor name    **Tuff Turf Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | |
| --- | --- | --- | --- |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Enterprise Bank & Trust - funds in trust from pre-filing payments to proposed counsel WM Law** | **trust account** | | **$4,749.50** |
| 3.2. | **US Bank** | **Gold Business Checking** | **1779** | **$0.00** |
| 3.3. | **Verimore (Formerly First Missouri)** | **Commercial Checking** | **6578** | **Unknown** |

| 4. | Other cash equivalents *(Identify all)* | |
| --- | --- | --- |

| 5. | Total of Part 1. | | $4,749.50 |
| --- | --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes  Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 32,000.00 | – | 0.00 | = .... | $32,000.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $32,000.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes  Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes  Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes  Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**  **Office furniture** furniture and fixtures, all used | **Unknown** | Liquidation | $3,500.00 |
| **40.**  **Office fixtures** | | | |
| **41.**  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $3,500.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|
| | ■ No |

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **vehicles, mowers, and other equipment<br>- see attached list** | $0.00 | expected resale | $630,390.90 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**
      Add lines 47 through 50. Copy the total to line 87.                            | $630,390.90 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |

| | debtor's website. debtor pays $300 per month for its maintenance. | Unknown | N/A | $0.00 |

| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** <br> **list is unprinted but debtor has records from** <br> **accounts receivable and other records.** | Unknown | N/A | $0.00 |

| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** <br> **Company has been around since 1989.  There** <br> **may be some intangible goodwill built.** | Unknown | N/A | $0.00 |

| 66. | **Total of Part 10.** | | | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

   **Current value of** <br> **debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit** <br> **has been filed)**

75. **Other contingent and unliquidated claims or causes of action of** <br> **every nature, including counterclaims of the debtor and rights to** <br> **set off claims**

**cause of action against previous business owner for
misreprsentation.  Prior owner is now deceased and
debtor does not believe it will pursue any claim due to
the prior owner's passing**                                                                    $0.00

| Nature of claim | misrepresentation |
|---|---|
| Amount requested | $0.00 |

---

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                                    $0.00

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Tuff Turf Inc.**                                     Case number *(If known)* _____
          Name

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,749.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $32,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $630,390.90 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $670,640.40 | + 91b.    $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92                            $670,640.40

**EXHIBIT B**

**MONTHLY OPERATING REPORTS FILED WITH THE COURT**

**See December 2022 MOR attached**

**January 2023 report is in preparation**

**February 2023 report is due in March 2023 and will be filed after this Plan has been submitted.**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF KANSAS

In Re. Tuff Turf, Inc.

§
§
§
§

_____
Debtor(s)

Case No. 22-21176 _____

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2022

Petition Date: 12/02/2022

Months Pending: 1

Industry Classification: | 5 | 6 | 1 | 7 |

Reporting Method:      Accrual Basis ○      Cash Basis ◉

Debtor's Full-Time Employees (current):      9

Debtor's Full-Time Employees (as of date of order for relief):      11

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Matt Nelson
_____
Signature of Responsible Party

02/16/2023
_____
Date

Matt Nelson
_____
Printed Name of Responsible Party

5948 Merriam Dr, Merriam, KS 66203
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)      1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $9,287 | |
| b. Total receipts (net of transfers between accounts) | $157,346 | $157,346 |
| c. Total disbursements (net of transfers between accounts) | $106,505 | $106,505 |
| d. Cash balance end of month (a+b-c) | $60,128 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $106,505 | $106,505 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $34,862 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory  (Book ○  Market ○  Other ◉  (attach explanation)) | $0 | |
| d  Total current assets | $670,640 | |
| e. Total assets | $670,640 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $0 | |
| n. Total liabilities (debt) (j+k+l+m) | $0 | |
| o. Ending equity/net worth (e-n) | $670,640 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $132,293 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $27,055 | |
| c. Gross profit (a-b) | $105,238 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $43,973 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $9,483 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $51,782 | $0 |

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | WM Law | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)
3

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)
5

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                              6

| | | | | | |
|-----|--|--|--|--|--|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $9,483 | $0 |
| d. Postpetition employer payroll taxes paid | $9,483 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions) — Yes ⦿  No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) — Yes ○  No ⦿

c. Were any payments made to or on behalf of insiders? — Yes ⦿  No ○

d. Are you current on postpetition tax return filings? — Yes ⦿  No ○

e. Are you current on postpetition estimated tax payments? — Yes ⦿  No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ⦿  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ⦿

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○  No ○  N/A ⦿

i. Do you have:     Worker's compensation insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

    General liability insurance? — Yes ⦿  No ○

    If yes, are your premiums current? — Yes ⦿  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○  No ⦿

k. Has a disclosure statement been filed with the court? — Yes ○  No ⦿

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ⦿  No ○

UST Form 11-MOR (12/01/2021)

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⬤ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s Matt Nelson

_____
Signature of Responsible Party

Owner
_____
Title

Matt Nelson

_____
Printed Name of Responsible Party

02/16/2023
_____
Date



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)
10

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour



# Business Statement

Account Number:

▇▇▇▇ 1779

Statement Period:

Dec 1, 2022

through

Dec 31, 2022

Page 1 of 15

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

9109      TRN                    S              Y         ST01



000012784 00 SP      106481633604776 E
TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

☎                          *To Contact U.S. Bank*

**24-Hour Business
Solutions:**                          *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**                          *usbank.com*

---

# INFORMATION YOU SHOULD KNOW

Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2023. You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2022. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 32-E505-FF83-96FA

_____

Effective January 3, 2023, we would like to inform you of the upcoming changes to the *Business Pricing Information* and *Your Deposit Account Agreement* documents that may impact your account. To obtain a current copy of the *Business Pricing Information* disclosure, visit your local branch.

**Primary updates in your revised *Your Deposit Account Agreement* for all business accounts**

- Updates to **Insufficient Funds and Overdrafts** section, **"Insufficient funds"** sub section: Removed Overdraft Returned Fee language for business accounts.

- Updates to **Insufficient Funds and Overdrafts** section, **Our Fees** sub section: Removed Overdraft Returned Fee and Extended Overdraft Fee language for business accounts.

- Updates to **Overdraft Handling** section, **Business Options for Checking and Money Market Accounts** sub section: Removed Overdraft Returned Fee language for business accounts.

- Updates to **Overdraft Handling** section, **Requested Return** sub section: Removed Overdraft Returned Fee language for business accounts.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Consolidation of the *Business Pricing Information* disclosure to include all states

- Added footnote to Overdraft Protection Fee to include one deposit account and one credit account may be linked to a business checking account as overdraft protection. When a customer has both a credit account and deposit account linked to their business checking, the system will always advance first from the credit product.

**The pricing updates are:**

All checking and savings account types

- Extended Overdraft Fee - No Fee
- Overdraft Returned Item - No Fee
- Express Delivery of Card - No Fee
- Returned Deposited Items, Returned Check (per item) - $16.00
- Returned Deposited Items, Redeposited Check (per item) - $9.00
- Returned Deposited Item Special Instructions Maintenance Per Month
  - First Account - $12.00
  - Each Additional Account - $7.00
- ACH Transfers, Outgoing Digital ACH Domestic - $1.00
- Money Service Business Fee Per Statement Cycle - $150.00
- Voice Wires, Repetitive & Non-Repetitive - $37.50
- SinglePoint® Essentials Online Banking
  - ACH Monthly Maintenance per Customer - $12.00



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at  he number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it wi hin 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to inves igate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, he following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number;  he account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

# US bank®

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
█████1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022
Page 2 of 15



## INFORMATION YOU SHOULD KNOW                    (CONTINUED)

- o    Wire Transfer Monthly Maintenance per Customer - $12.00

Silver Checking, Gold Checking, Platinum Checking, Non-Profit Checking
- Wire Transfers
  - o    Wire Advice - mail - $11.00
  - o    Wire Advice - fax - $11.00

Silver Checking
- Paper Statement No Check Images - $6.00
- Paper Statement Front & Back Check Images - $9.00
- Cash Deposit Fee - 25 free units per month, then $0.33 per $100

Gold Checking
- Paper Statement Front & Back Check Images - $6.00
- Cash Deposit Fee - 100 free units per month, then $0.33 per $100

Platinum Checking
- Cash Deposit Fee - 200 free units per month, then $0.33 per $100

Non-Profit Checking (interest-bearing)
-  Cash Deposit Fee - 300 free units per calendar year then $0.33 per $100

Premium Business Checking
- Cash Deposit Fee - $0.37 per $100
- Paper Statement No Check Images - $6.00
- Paper Statement Front & Back Check Images - $16.00 plus $0.035 per item > 100 items
- Wire Advice - mail - $13.00
- Premium Checking Branch Deposit Processing - per Deposit - $2.75
- Premium Checking Night Deposit Processing - per Deposit - $2.75
- Premium Checking Cash Deposit Adjustment - per Adjustment - $9.00

Beginning January 3, 2023, a copy of the *Business Pricing Information* document will be available by calling 800-673-3555 or by visiting your local branch. Beginning February 13, 2023, a copy of the *Your Deposit Account* Agreement document will be available online at usbank.com, at the phone number listed above or at your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment

---

Effective November 14, 2022, the *Your Deposit Account Agreement* disclosure will include update(s) and may affect your rights.

**Primary updates in your revised *Your Deposit Account Agreement* document for all accounts:**

- Update to move **Special Provisions for Third-Party Accounts** section to a subsection under the addition of **FDIC Part 370 Record-Keeping** section.
- Addition of **FDIC Part 370 Record-Keeping** section: Added language under FDIC Part 370 that additional information may be needed to accurately calculate FDIC insurance coverage.

Beginning November 14, 2022, a copy of this disclosure will be available online at **usbank.com**, by calling 800-USBANKS (872-2657) or at your local U.S. Bank branch.

If you have any questions, you can call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657). We accept relay calls. Our bankers are also available to help at your local branch via appointment.

---

# U.S. BANK

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

**Business Statement**

Account Number:
▮▮▮▮ 1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

## GOLD BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** ▮▮▮▮-1779

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 9,287.25 |
| Customer Deposits | 5 | | 28,760.45 |
| Other Deposits | 17 | | 128,585.47 |
| Card Withdrawals | 168 | | 32,309.44- |
| Other Withdrawals | 44 | | 35,696.94- |
| Checks Paid | 56 | | 38,498.53- |
| **Ending Balance on Dec 31, 2022** | | **$** | **60,128.26** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Dec 2 | 9213984262 | 4,743.33 | | Dec 12 | 8016095739 | 7,235.83 |
| | Dec 5 | 8016288685 | 6,571.98 | | Dec 23 | 9213333715 | 8,998.75 |
| | Dec 7 | 8614152288 | 1,210.56 | | | | |
| | | | | | **Total Customer Deposits** | **$** | **28,760.45** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 1 | Electronic Deposit | From COMMERCE | | $ 1,275.00 |
| | REF=223340123615590N00 | 9480962626BC DEPOSIT260007208887 | | |
| Dec 2 | Electronic Deposit | From COMMERCE | | 4,960.63 |
| | REF=223350149700500N00 | 9480962626BC DEPOSIT260007208887 | | |
| Dec 16 | Electronic Deposit | From COMMERCE | | 10,327.44 |
| | REF=223490155513660N00 | 9480962626BC DEPOSIT260007208887 | | |
| Dec 19 | Electronic Deposit | From COMMERCE | | 26,767.42 |
| | REF=223500160550630N00 | 9480962626BC DEPOSIT260007208887 | | |
| Dec 30 | Electronic Deposit | From COMMERCE | | 20,456.75 |
| | REF=223630129794540N00 | 9480962626BC DEPOSIT260007208887 | | |
| Dec 14 | Electronic Deposit | From ZIPS CAR WASH, L | | 2,860.10 |
| | REF=223470099304070N00 | 2242176753DIRECT-PAY  27706463 | | |
| Dec 29 | Electronic Deposit | From ZIPS CAR WASH, L | | 39,078.56 |
| | REF=223620168414880N00 | 2242176753DIRECT-PAY  28906178 | | |
| Dec 30 | Electronic Deposit | From ZIPS CAR WASH, L | | 888.12 |
| | REF=223630086353110N00 | 2242176753DIRECT-PAY  29072885 | | |
| Dec 8 | Electronic Deposit | From REALTY INCOME CO | | 3,644.14 |
| | REF=223410106969030N00 | 1581051000PAYMENTS 13749636 | | |
| Dec 28 | Debit Purchase Ret - VISA | On 122722 OLATHE KS | 1200197100 | 159.87 |
| | CITY RENT A TRUC | REF # 74801972361200197100 US1 | | |
| | ************0699 | | | |
| Dec 2 | Visa Direct | Intuit Inc. | 3112021537 | 419.58 |
| Dec 7 | Visa Direct | Intuit Inc. | 8112070911 | 1,050.00 |
| Dec 19 | Visa Direct | Intuit Inc. | 5112162006 | 742.86 |
| Dec 20 | Visa Direct | Intuit Inc. | 8112201216 | 6,180.00 |
| Dec 23 | Visa Direct | Intuit Inc. | 3112231324 | 1,480.00 |
| Dec 23 | Visa Direct | Intuit Inc. | 1112231228 | 1,680.00 |
| Dec 23 | Visa Direct | Intuit Inc. | 3112231213 | 6,615.00 |
| | | **Total Other Deposits** | **$** | **128,585.47** |

### Card Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 12 | Fee | ATM Withdrawal At Other Network | 1200000415 | $ 2.50- |
| Dec 14 | Fee | ATM Withdrawal At Other Network | 1400000244 | 2.50- |
| Dec 22 | Fee | ATM Withdrawal At Other Network | 2200000160 | 2.50- |
| Dec 23 | Fee | ATM Withdrawal At Other Network | 2300000315 | 2.50- |
| Dec 27 | Fee | ATM Withdrawal At Other Network | 2700000448 | 2.50- |



TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
████████1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 4 of 15



# GOLD BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association

**Account Number** ████-1779

## Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-4481

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 2 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120122 KANSAS CITY  KS<br>REF # 2476501233620028830024 | 6200288300 | $ 219.34- |
| Dec 7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 120122 MERRIAM KS<br>REF # 2403454234000709539340 | 0000709539 | 79.27- |
| Dec 2 | Debit Purchase - VISA<br>YELPINC*855 380<br>***********4481 | On 120122 855-380-9357 CA<br>REF # 2469216233510870044455 | 5100870044 | 360.00- |
| Dec 5 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120222 KANSAS CITY  KS<br>REF # 2476501233720028830023 | 7200288300 | 219.34- |
| Dec 5 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120222 KANSAS CITY  KS<br>REF # 2476501233720028830122 | 7200288300 | 219.34- |
| Dec 5 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120222 KANSAS CITY  KS<br>REF # 2476501233720028830197 | 7200288300 | 219.34- |
| Dec 5 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120222 KANSAS CITY  KS<br>REF # 2476501233720028830270 | 7200288300 | 219.34- |
| Dec 6 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120522 KANSAS CITY  KS<br>REF # 2476501234020028830036 | 0200288300 | 219.34- |
| Dec 7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 120522 MERRIAM KS<br>REF # 2403454234000717049084 | 0000717049 | 50.51- |
| Dec 7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 120522 MERRIAM KS<br>REF # 2403454234000717049100 | 0000717049 | 107.15- |
| Dec 7 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120622 KANSAS CITY  KS<br>REF # 2476501234120028830027 | 1200288300 | 219.34- |
| Dec 7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 120722 MERRIAM KS<br>REF # 2403454234000698281888 | 0000698281 | 70.97- |
| Dec 12 | Debit Purchase - VISA<br>HOUSE OF ROCKS<br>***********4481 | On 120922 KANSAS CITY  KS<br>REF # 2476501234420028830057 | 4200288300 | 289.18- |
| Dec 12 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 120922 MERRIAM KS<br>REF # 2403454234001097134808 | 3001097134 | 60.51- |
| Dec 12 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 120922 MERRIAM KS<br>REF # 2403454234001097134832 | 3001097134 | 89.71- |
| Dec 12 | Debit Purchase - VISA<br>J AND J ASPHALT<br>***********4481 | On 120922 SHAWNEE KS<br>REF # 2420785234303640036030 | 3036400360 | 220.93- |
| Dec 13 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 121222 MERRIAM KS<br>REF # 2403454234601441864602 | 6001441864 | 20.98- |
| Dec 13 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 121222 MERRIAM KS<br>REF # 2403454234601441864636 | 6001441864 | 48.06- |

**US bank.**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

**Business Statement**

Account Number:
███████ 1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 5 of 15

# GOLD BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association

Account Number ████-1779

## Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-4481

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 16 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 121522 MERRIAM KS<br>REF # 24034542349001807967657 | 9001807967 | 50.19- |
| Dec 16 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 121522 MERRIAM KS<br>REF # 24034542349001807967665 | 9001807967 | 73.40- |
| Dec 20 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 121922 MERRIAM KS<br>REF # 24034542353002304561871 | 3002304561 | 37.93- |
| Dec 21 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122022 MERRIAM KS<br>REF # 24034542354002436679160 | 4002436679 | 76.21- |
| Dec 21 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122022 MERRIAM KS<br>REF # 24034542354002436679178 | 4002436679 | 64.55- |
| Dec 22 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122122 MERRIAM KS<br>REF # 24034542355002587521285 | 5002587521 | 38.84- |
| Dec 22 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122122 MERRIAM KS<br>REF # 24034542355002587521293 | 5002587521 | 59.15- |
| Dec 23 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122222 MERRIAM KS<br>REF # 24034542356002710919819 | 6002710919 | 46.18- |
| Dec 23 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122222 MERRIAM KS<br>REF # 24034542356002710919843 | 6002710919 | 45.83- |
| Dec 27 | Debit Purchase - VISA<br>AMERICAN EQUIPME<br>***********4481 | On 122222 913-342-1450 KS<br>REF # 24323002357200507900158 | 7200507900 | 204.84- |
| Dec 29 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122822 MERRIAM KS<br>REF # 24034542362003293715204 | 2003293715 | 42.47- |
| Dec 29 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>***********4481 | On 122822 MERRIAM KS<br>REF # 24034542362003293715212 | 2003293715 | 58.96- |
| Dec 30 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>***********4481 | On 122822 SHAWNEE KS<br>REF # 24269792363500693374702 | 3500693374 | 10.40- |
| Dec 30 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>***********4481 | On 122822 SHAWNEE KS<br>REF # 24269792363500693374884 | 3500693374 | 15.00- |
| Dec 30 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>***********4481 | On 122822 SHAWNEE KS<br>REF # 24269792363500693374967 | 3500693374 | 15.00- |
| Dec 30 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>***********4481 | On 122822 SHAWNEE KS<br>REF # 24269792363500693375048 | 3500693375 | 5.87- |
| Dec 30 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>***********4481 | On 122822 SHAWNEE KS<br>REF # 24269792363500693375121 | 3500693375 | 14.78- |
| Dec 30 | Debit Purchase - VISA<br>AMERICAN EQUIPME<br>***********4481 | On 122822 913-342-1450 KS<br>REF # 24323002363200507200122 | 3200507200 | 97.39- |



TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
█████ 1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022
Page 6 of 15



# GOLD BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association

Account Number ████-1779

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-4481

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Dec 20 | Debit Purchase 095193 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122022 MAESTERM REF 095193 | | 100.00- |
| Dec 28 | Debit Purchase 126383 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122822 MAESTERM REF 126383 | | 37.44- |
| Dec 23 | Debit Purchase 156560 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122322 MAESTERM REF 156560 | | 50.00- |
| Dec 23 | Debit Purchase 157302 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122322 MAESTERM REF 157302 | | 50.00- |
| Dec 23 | Debit Purchase 158142 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122322 MAESTERM REF 158142 | | 47.92- |
| Dec 13 | Debit Purchase 197723 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 121322 MAESTERM REF 197723 | | 35.00- |
| Dec 15 | Debit Purchase 223547 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 121522 MAESTERM REF 223547 | | 50.00- |
| Dec 13 | Debit Purchase 229956 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 121322 MAESTERM REF 229956 | | 45.00- |
| Dec 22 | Debit Purchase 262854 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122122 MAESTERM REF 262854 | | 65.00- |
| Dec 22 | Debit Purchase 267684 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 122122 MAESTERM REF 267684 | | 100.00- |
| Dec 5 | Debit Purchase 929383 ***********4481 | MINIT MART EG 75 MERRIAM   KS On 120522 MAESTERM REF 929383 | | 60.00- |
| Dec 30 | Debit Purchase 526769 ***********4481 | O'REILLY AUTO PA SHAWNEE   KS On 123022 ILNKILNK REF 236410526769 | 6912300936 | 179.71- |
| Dec 29 | Debit Purchase 563911 ***********4481 | O'REILLY AUTO PA SHAWNEE   KS On 122922 ILK1TERM REF 236311563911 | 1112291003 | 198.29- |
| Dec 29 | Debit Purchase 644322 ***********4481 | O'REILLY AUTO PA SHAWNEE   KS On 122922 ILNKILNK REF 236311644322 | 2212291026 | 35.05- |
| Dec 21 | Debit Purchase 587971 ***********4481 | QT 160 OUTSIDE MERRIAM   KS On 122122 ILNKILNK REF 235510587971 | 7112210921 | 72.38- |
| Dec 21 | Debit Purchase 605008 ***********4481 | QT 160 OUTSIDE MERRIAM   KS On 122122 ILK1TERM REF 235510605008 | 0812210923 | 46.15- |
| Dec 2 | Debit Purchase 574569 ***********4481 | QT 235 OUTSIDE LENEXA   KS On 120222 ILNKILNK REF 233612574569 | 6912021201 | 66.38- |
| Dec 22 | Debit Purchase 504990 ***********4481 | QT 264 OUTSIDE SHAWNEE   KS On 122222 ILNKILNK REF 235616504990 | 9012221549 | 48.98- |

**Business Statement**

Account Number:
████████1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 7 of 15

**US bank**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

---

## GOLD BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association

**Card Withdrawals (continued)**                     Account Number ████-1779

Card Number: xxxx-xxxx-xxxx-4481

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 22 | Debit Purchase 510731 ************4481 | QT 264 OUTSIDE SHAWNEE    KS On 122222 ILK1TERM REF 235616510731 | 3112221549 | 56.39- |
| Dec 22 | Debit Purchase 517951 ************4481 | QT 264 OUTSIDE SHAWNEE    KS On 122222 ILNKILNK REF 235606517951 | 5112220539 | 68.24- |
| Dec 21 | Debit Purchase 975634 ************4481 | WAL-MART #1691 OVERLAND PARKS On 122122 MAESTERM REF 975634 | | 157.98- |

**Card 4481  Withdrawals Subtotal**                $         5,459.55-

Card Number: xxxx-xxxx-xxxx-6612

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec  1 | Debit Purchase - VISA MISSOURI ORGANIC ************6612 | On 113022 KANSAS CITY  KS REF # 2475542233426334919243 9 | 4263349192 | $       44.00- |
| Dec  2 | Debit Purchase - VISA MISSOURI ORGANIC ************6612 | On 120122 KANSAS CITY  KS REF # 2475542233527335431726 7 | 5273354317 | 42.00- |
| Dec  2 | Debit Purchase - VISA MISSOURI ORGANIC ************6612 | On 120122 KANSAS CITY  KS REF # 2475542233527335431757 2 | 5273354317 | 21.00- |
| Dec  8 | Debit Purchase - VISA MISSOURI ORGANIC ************6612 | On 120722 KANSAS CITY  KS REF # 2475542234127341110486 6 | 1273411104 | 37.00- |
| Dec 13 | Debit Purchase - VISA MISSOURI ORGANIC ************6612 | On 121222 KANSAS CITY  KS REF # 2475542234617346718167 4 | 6173467181 | 45.00- |
| Dec 19 | Debit Purchase - VISA NATIONWIDE WASTE ************6612 | On 121622 855-301-2530 AZ REF # 2469216235110118223192 0 | 1101182231 | 199.00- |
| Dec 21 | Debit Purchase - VISA HOLLIDAY SAND AP ************6612 | On 122022 913-345-2030 KS REF # 2441295235561283173896 5 | 5612831738 | 620.00- |
| Dec 21 | Debit Purchase - VISA HOLLIDAY SAND AP ************6612 | On 122022 913-345-2030 KS REF # 2441295235561283174464 1 | 5612831744 | 750.92- |
| Dec 21 | Debit Purchase - VISA HOLLIDAY SAND AP ************6612 | On 122022 913-345-2030 KS REF # 2441295235561283200587 7 | 5612832005 | 510.09- |
| Dec 21 | Debit Purchase - VISA HOLLIDAY SAND AP ************6612 | On 122022 913-345-2030 KS REF # 2441295235561283201053 9 | 5612832010 | 557.02- |
| Dec  5 | Recurring Debit Purchase STAMPS.COM ************6612 | On 120122 855-608-2677 TX REF # 2469216233610157648 6 US1 | 6101576486 | 17.99- |
| Dec 27 | Recurring Debit Purchase INTUIT *QBooks O ************6612 | On 122622 CL.INTUIT.CO CA REF # 2469216236010828458 8 US1 | 0108284588 | 379.00- |
| Dec 29 | Recurring Debit Purchase GOOGLE *Life360 ************6612 | On 122822 855-836-3987 CA REF # 2469216236210004235 5 US1 | 2100042355 | 21.81- |

**Card 6612  Withdrawals Subtotal**               $         3,244.83-

 **US bank.**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
█████ 1779

Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 8 of 15



---

# GOLD BUSINESS CHECKING                                    (CONTINUED)
U.S. Bank National Association

**Card Withdrawals (continued)**          Account Number ████-1779

Card Number: xxxx-xxxx-xxxx-2641

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 15 | Recurring Debit Purchase<br>ALSAC ST JUDE CH<br>\*\*\*\*\*\*\*\*\*\*\*2641 | On 121422 901-5782381  TN<br>REF # 2400097234817300055 9 US1 | 8173000559 | $        34.00- |
| Dec 19 | Recurring Debit Purchase<br>GO CAR WASH KS-1<br>\*\*\*\*\*\*\*\*\*\*\*2641 | On 121622 833-469-2741 KS<br>REF # 24801972350872187236 US1 | 0872187236 | 37.21- |

|  |  | **Card 2641  Withdrawals Subtotal** | **$** | **71.21-** |

Card Number: xxxx-xxxx-xxxx-0699

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 27 | ATM Withdrawal<br>\*\*\*\*\*\*\*\*\*\*\*0699 | 10701 SHWM PKWY  SHAWNEE KS<br>Serial No. 171376122617PLUSTERM | | $      263.00- |
| Dec 14 | ATM Withdrawal<br>\*\*\*\*\*\*\*\*\*\*\*0699 | 3500 SANTE LENEXA KS<br>Serial No. 309827091902PLUSTERM | | 122.99- |
| Dec 22 | ATM Withdrawal<br>\*\*\*\*\*\*\*\*\*\*\*0699 | 3500 SANTE LENEXA KS<br>Serial No. 330505151839PLUSTERM | | 122.99- |
| Dec 12 | ATM Withdrawal<br>\*\*\*\*\*\*\*\*\*\*\*0699 | 7875 QUIVIRA RD  LENEXA KS<br>Serial No. 068468084358PLUSTERM | | 23.00- |
| Dec 23 | ATM Withdrawal<br>\*\*\*\*\*\*\*\*\*\*\*0699 | 9500 W 67TH STRE MERRIAM KS<br>Serial No. 918770123147PLUSTERM | | 223.25- |
| Dec  1 | Debit Purchase - VISA<br>PAYPAL *CSIRNA42<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 112822 402-935-7733 CA<br>REF # 24492152334852119286560 | 4852119286 | 1.00- |
| Dec  1 | Debit Purchase - VISA<br>PAYPAL *CSIRNA42<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 112822 402-935-7733 CA<br>REF # 24492152334852121533215 | 4852121533 | 75.00- |
| Dec  1 | Debit Purchase - VISA<br>MERRIAM HARDWARE<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 113022 913-6770061  KS<br>REF # 24275392334900012100019 | 4900012100 | 43.78- |
| Dec  2 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120122 913-375-1414 KS<br>REF # 24055222335612801843485 | 5612801843 | 333.07- |
| Dec  7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 MERRIAM KS<br>REF # 24034542340000709752273 | 0000709752 | 24.38- |
| Dec  7 | Debit Purchase - VISA<br>QT 185<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 SHAWNEE KS<br>REF # 24692162340102454049135 | 0102454049 | 2.24- |
| Dec  6 | Debit Purchase - VISA<br>PAVLICH INC<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 913-281-3709 KS<br>REF # 24412952339606000734152 | 9606000734 | 1,988.37- |
| Dec  6 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 913-375-1414 KS<br>REF # 24055222339612807259807 | 9612807259 | 346.86- |
| Dec  6 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 913-375-1414 KS<br>REF # 24055222339612807689615 | 9612807689 | 324.20- |
| Dec  6 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 913-375-1414 KS<br>REF # 24055222339612808127789 | 9612808127 | 338.00- |
| Dec  6 | Debit Purchase - VISA<br>SMITTYS LAWN & G<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120522 913-6422489  KS<br>REF # 24013392339000602306167 | 9000602306 | 500.00- |
| Dec  7 | Debit Purchase - VISA<br>IC* INSTACART<br>\*\*\*\*\*\*\*\*\*\*\*0699 | On 120622 888-246-7822 CA<br>REF # 24492152340719207236900 | 0719207236 | 29.31- |

**US bank**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

**Business Statement**
Account Number:
███████ 1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 9 of 15

## GOLD BUSINESS CHECKING  (CONTINUED)
U.S. Bank National Association

Account Number ███████-1779

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-0699

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 7 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 120622 913-375-1414 KS<br>REF # 2405522234061281023837 | 0612810238 | 921.37- |
| Dec 8 | Debit Purchase - VISA<br>L & M TIRE SERVI<br>************0699 | On 120722 KANSAS CITY  KS<br>REF # 2400595234190001600005 | 1900016000 | 400.00- |
| Dec 7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>************0699 | On 120722 MERRIAM KS<br>REF # 2403454234000070791643 | 0000707916 | 80.01- |
| Dec 7 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>************0699 | On 120722 MERRIAM KS<br>REF # 2403454234000070953959 | 0000709539 | 57.62- |
| Dec 12 | Debit Purchase - VISA<br>PAYPAL *CSIRNA42<br>************0699 | On 120822 402-935-7733 CA<br>REF # 2449215234385267971522 | 3852679715 | 100.00- |
| Dec 15 | Debit Purchase - VISA<br>OFFICEMAX/DEPOT<br>************0699 | On 120922 MERRIAM KS<br>REF # 2413746234810045865382 | 8100458653 | 45.49- |
| Dec 12 | Debit Purchase - VISA<br>GOODCENTS SUBS -<br>************0699 | On 120922 MISSION KS<br>REF # 2426979234400118463595 | 4001184635 | 9.32- |
| Dec 12 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>************0699 | On 120922 SHAWNEE KS<br>REF # 2426979234450085269673 | 4500852696 | 3.74- |
| Dec 12 | Debit Purchase - VISA<br>ZIPS 209SS - KSS<br>************0699 | On 120922 SHAWNEE KS<br>REF # 2426979234450085269681 | 4500852696 | 4.18- |
| Dec 12 | Debit Purchase - VISA<br>TST* Tallgrass T<br>************0699 | On 121022 Manhattan KS<br>REF # 2469216234510634124894 | 5106341248 | 153.67- |
| Dec 12 | Debit Purchase - VISA<br>DD DOORDASH CHAR<br>************0699 | On 121022 855-973-1040 CA<br>REF # 2449215234574392105229 | 5743921052 | 35.12- |
| Dec 12 | Debit Purchase - VISA<br>VENMO<br>************0699 | On 121122 855-812-4430 NY<br>REF # 2449398234560297890154 | 5602978901 | 300.00- |
| Dec 13 | Debit Purchase - VISA<br>TRAILS WEST ACE<br>************0699 | On 121222 GARDNER KS<br>REF # 2443106234709182600015 | 7091826000 | 17 06- |
| Dec 13 | Debit Purchase - VISA<br>JUSTINS DISCOUNT<br>************0699 | On 121222 LENEXA KS<br>REF # 2401339234600147609900 | 6001476099 | 6.47- |
| Dec 14 | Debit Purchase - VISA<br>QT 253 INSIDE<br>************0699 | On 121222 LENEXA KS<br>REF # 2469216234710814150163 | 7108141501 | 15.93- |
| Dec 14 | Debit Purchase - VISA<br>QT 160<br>************0699 | On 121222 MERRIAM KS<br>REF # 2469216234710814207282 | 7108142072 | 21.86- |
| Dec 14 | Debit Purchase - VISA<br>QT 194<br>************0699 | On 121222 MISSION KS<br>REF # 2469216234710814341369 | 7108143413 | 14.63- |
| Dec 14 | Debit Purchase - VISA<br>QT 252<br>************0699 | On 121222 OLATHE KS<br>REF # 2469216234710814237712 | 7108142377 | 3.05- |

  

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
███████ 1779

Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 10 of 15

# GOLD BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association

Account Number ██████-1779

## Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-0699

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Dec 13 | Debit Purchase - VISA<br>VENMO<br>************0699 | On 121222 855-812-4430 NY<br>REF # 2449398234660213180139 | 6602131880 | 200.00- |
| Dec 15 | Debit Purchase - VISA<br>QT 253 INSIDE<br>************0699 | On 121322 LENEXA KS<br>REF # 2469216234810893487078 | 8108934870 | 5.45- |
| Dec 15 | Debit Purchase - VISA<br>QT 160<br>************0699 | On 121322 MERRIAM KS<br>REF # 2469216234810893184 6268 | 8108931846 | 3.05- |
| Dec 15 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>************0699 | On 121422 MERRIAM KS<br>REF # 2403454234800169804 7552 | 8001698047 | 20.27- |
| Dec 15 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 121422 913-375-1414 KS<br>REF # 2405522234861282239 1303 | 8612822391 | 191.00- |
| Dec 15 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 121422 913-375-1414 KS<br>REF # 2405522234861282254 2038 | 8612822542 | 70.37- |
| Dec 16 | Debit Purchase - VISA<br>INDUSTRIAL SALES<br>************0699 | On 121422 913-8293500 KS<br>REF # 2427074234990001518 5268 | 9900015185 | 22.22- |
| Dec 19 | Debit Purchase - VISA<br>JUSTINS DISCOUNT<br>************0699 | On 121522 LENEXA KS<br>REF # 2401339235000190415 0067 | 0001904150 | 56.68- |
| Dec 16 | Debit Purchase - VISA<br>STONE SOLUTIONS<br>************0699 | On 121522 MERRIAM KS<br>REF # 2405781235000016600 088 | 0000016600 | 669.00- |
| Dec 19 | Debit Purchase - VISA<br>L & M TIRE SERVI<br>************0699 | On 121622 KANSAS CITY KS<br>REF # 2400595235090001670 0035 | 0900016700 | 596.05- |
| Dec 19 | Debit Purchase - VISA<br>QT 253 INSIDE<br>************0699 | On 121622 LENEXA KS<br>REF # 2469216235010110431 6719 | 0101104316 | 5.02- |
| Dec 19 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>************0699 | On 121622 MERRIAM KS<br>REF # 2403454235000195679 4858 | 0001956794 | 14.77- |
| Dec 19 | Debit Purchase - VISA<br>PHILLIPS 66 - MI<br>************0699 | On 121622 MERRIAM KS<br>REF # 2403454235000195720 8460 | 0001957208 | 20 27- |
| Dec 19 | Debit Purchase - VISA<br>QT 264<br>************0699 | On 121622 SHAWNEE KS<br>REF # 2469216235010110592 4727 | 0101105924 | 10.62- |
| Dec 19 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 121622 913-375-1414 KS<br>REF # 2405522235061282684 3916 | 0612826843 | 197.03- |
| Dec 19 | Debit Purchase - VISA<br>LOUIES WINE DIVE<br>************0699 | On 121722 OVERLAND PAR KS<br>REF # 2407105235293913754 1775 | 2939137541 | 84.29- |
| Dec 21 | Debit Purchase - VISA<br>STONE SOLUTIONS<br>************0699 | On 121922 MERRIAM KS<br>REF # 2405781235500001680 0055 | 5000016800 | 133.80- |
| Dec 20 | Debit Purchase - VISA<br>PROGRESSIVE INS<br>************0699 | On 121922 855-758-0945 OH<br>REF # 2469216235310355050 2898 | 3103550502 | 2,871.00- |

**U.S. bank**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

**Business Statement**

Account Number:
████████1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 11 of 15

## GOLD BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association

**Card Withdrawals (continued)**

Account Number ████████-1779

Card Number: xxxx-xxxx-xxxx-0699

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 20 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 121922 913-375-1414 KS<br>REF # 2405522235361282954092Ѳ | 3612829540 | 612.09- |
| Dec 20 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 121922 913-375-1414 KS<br>REF # 2405522235361283008830 | 3612830088 | 658.86- |
| Dec 20 | Debit Purchase - VISA<br>RIVERVIEW STONE<br>************0699 | On 121922 913-375-1414 KS<br>REF # 2405522235361283053910 | 3612830539 | 58.81- |
| Dec 22 | Debit Purchase - VISA<br>QT 253 OUTSIDE<br>************0699 | On 122022 LENEXA KS<br>REF # 2469216235510498498306 | 5104984983 | 71.46- |
| Dec 22 | Debit Purchase - VISA<br>ADVANCED TURF SO<br>************0699 | On 122022 317-842-1088 IN<br>REF # 2480197235506300262986 | 5063002629 | 1,871.53- |
| Dec 22 | Debit Purchase - VISA<br>DD DOORDASH FRON<br>************0699 | On 122022 855-973-1040 CA<br>REF # 2449215235574542893895 | 5745428938 | 65.24- |
| Dec 21 | Debit Purchase - VISA<br>ANDERSON RENTAL<br>************0699 | On 122022 913-4323656  KS<br>REF # 2471705235426354317080 | 4263543170 | 95.56- |
| Dec 21 | Debit Purchase - VISA<br>SMITTYS LAWN & G<br>************0699 | On 122022 913-6422489  KS<br>REF # 2401339235400245551518 | 4002455515 | 1,000.00- |
| Dec 23 | Debit Purchase - VISA<br>JUSTINS DISCOUNT<br>************0699 | On 122122 LENEXA KS<br>REF # 2401339235600266721238 | 6002667212 | 6.47- |
| Dec 22 | Debit Purchase - VISA<br>ROTH DAVIES LLC<br>************0699 | On 122122 OVERLAND PAR KS<br>REF # 2482913235500919810163 | 5300919810 | 500.00- |
| Dec 23 | Debit Purchase - VISA<br>DD DOORDASH LONG<br>************0699 | On 122122 855-973-1040 CA<br>REF # 2449215235674556114580 | 6745561145 | 47.83- |
| Dec 27 | Debit Purchase - VISA<br>QT 160<br>************0699 | On 122222 MERRIAM KS<br>REF # 2469216235710665165615 | 7106651656 | 27.00- |
| Dec 23 | Debit Purchase - VISA<br>CITY RENT A TRUC<br>************0699 | On 122222 OLATHE KS<br>REF # 2480197235620019780002 | 6200197800 | 543 82- |
| Dec 27 | Debit Purchase - VISA<br>SANTA FE TOW SER<br>************0699 | On 122222 913-8945201  KY<br>REF # 2475076235790001504817 | 7900015048 | 480.00- |
| Dec 27 | Debit Purchase - VISA<br>QT 253 INSIDE<br>************0699 | On 122322 LENEXA KS<br>REF # 2469216235710700655670 | 7107006556 | 16.04- |
| Dec 27 | Debit Purchase - VISA<br>QT 160<br>************0699 | On 122322 MERRIAM KS<br>REF # 2469216235810736997840 | 8107369978 | 16.73- |
| Dec 27 | Debit Purchase - VISA<br>DD DOORDASH ZARD<br>************0699 | On 122322 855-973-1040 CA<br>REF # 2449215235871583494910 | 8715834949 | 61.66- |
| Dec 27 | Debit Purchase - VISA<br>PAVLICH INC<br>************0699 | On 122322 913-281-3709 KS<br>REF # 2441295235760600042955 | 7606000429 | 3,033.17- |



TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

**Business Statement**

Account Number:
████████1779

Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 12 of 15



# GOLD BUSINESS CHECKING                                          (CONTINUED)
U.S. Bank National Association

**Card Withdrawals (continued)**                    Account Number ████-1779

Card Number: xxxx-xxxx-xxxx-0699

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 27 | Debit Purchase - VISA OLATHE FORD PART ************0699 | On 122322 9137820881 KS REF # 2480197235772655254503 | 7726552554 | 350.32- |
| Dec 27 | Debit Purchase - VISA VENMO ************0699 | On 122522 855-812-4430 NY REF # 2449398236060201617874 | 0602016187 | 200.00- |
| Dec 29 | Debit Purchase - VISA 2333 - REAMS SUP ************0699 | On 122722 833-290-7459 KS REF # 2426979236250066805265 | 2500668058 | 427.59- |
| Dec 29 | Debit Purchase - VISA KANSASGASSERVICE ************0699 | On 122822 800-794-4780 OK REF # 2449215236271534121905 | 2715341219 | 225.41- |
| Dec 30 | Debit Purchase - VISA VZWRLSS*MY VZ VB ************0699 | On 122822 800-922-0204 FL REF # 2469216236310052234626 | 3100522346 | 374.40- |
| Dec 12 | Debit Purchase 276863 ************0699 | HAAG'S EXPRESS TOPEKA    KS On 121022 MAESTERM REF 276863 | | 31.57- |
| Dec 20 | Debit Purchase 421507 ************0699 | O'REILLY AUTO PA SHAWNEE    KS On 122022 ILNKILNK REF 235410421507 | 0712200923 | 83.27- |
| Dec 23 | Debit Purchase 907676 ************0699 | O'REILLY AUTO PA SHAWNEE    KS On 122222 ILNKILNK REF 235617907676 | 7612221634 | 17.53- |
| Dec 23 | Debit Purchase 503702 ************0699 | QT 160 OUTSIDE MERRIAM    KS On 122222 ILNKILNK REF 235617503702 | 0212221651 | 79.54- |
| Dec 30 | Debit Purchase 814627 ************0699 | QT 160 OUTSIDE MERRIAM    KS On 123022 ILNKILNK REF 236413814627 | 2712301253 | 33.32- |
| Dec 5 | Debit Purchase 619689 ************0699 | QT 197 OUTSIDE KANSAS CITY MO On 120522 ILK1TERM REF 233911619689 | 8912051040 | 64.09- |
| Dec 12 | Debit Purchase 712214 ************0699 | QT 215 OUTSIDE OLATHE    KS On 121222 ILNKILNK REF 234611712214 | 1412121038 | 60.04- |
| Dec 2 | Debit Purchase 600915 ************0699 | QT 235 OUTSIDE LENEXA    KS On 120222 ILNKILNK REF 233614600915 | 1512021314 | 24 17- |
| Dec 19 | Debit Purchase 501988 ************0699 | QT 264 OUTSIDE SHAWNEE    KS On 121922 ILK1TERM REF 235309501988 | 8812190840 | 35.35- |
| Dec 9 | Debit Purchase 518873 ************0699 | QT 264 OUTSIDE SHAWNEE    KS On 120922 ILNKILNK REF 234309518873 | 7312090837 | 49.00- |
| Dec 9 | Debit Purchase 526188 ************0699 | QT 264 OUTSIDE SHAWNEE    KS On 120922 ILNKILNK REF 234309526188 | 8812090838 | 70.02- |
| Dec 15 | Debit Purchase 640034 ************0699 | QT 264 OUTSIDE SHAWNEE    KS On 121522 ILK1TERM REF 234913640034 | 3412151246 | 33.94- |
| Dec 9 | Debit Purchase 447445 ************0699 | SEI 35784 OLATHE    KS On 120922 MAESTERM REF 447445 | | 55.41- |

**U.S. bank**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
████████1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 13 of 15

## GOLD BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association          **Account Number** ████-1779

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-0699

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Dec 9 | Debit Purchase<br>877732<br>************0699 | SEI 35784 OLATHE KS<br>On 120922 ILNKILNK REF 234311877732 | 3212090816 | 3.27- |
| Dec 19 | Recurring Debit Purchase<br>PLUSHCARE 855-55<br>************0699 | On 121722 HTTPSPLUSHCA CA<br>REF # 24011342352000002297 US1 | 2000002297 | 14.99- |

|  |  |  |  |
|--|--|--|--|
| | Card 0699 Withdrawals Subtotal | $ | 23,521.35- |
| | Total Card Withdrawals | $ | 32,309.44- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Dec 8 | Internet Banking Transfer | To Account 145573555177 | $ | 155.00- |
| Dec 1 | Mobile Banking Transfer | To Account 145573555177 | | 117.49- |
| Dec 5 | Mobile Banking Transfer | To Account 145573555177 | | 227.68- |
| Dec 5 | Mobile Banking Transfer | To Account 145573555177 | | 300.00- |
| Dec 12 | Mobile Banking Transfer | To Account 145573555177 | | 97.24- |
| Dec 13 | Mobile Banking Transfer | To Account 145573555177 | | 177.00- |
| Dec 13 | Mobile Banking Transfer | To Account 145573555177 | | 312.42- |
| Dec 19 | Mobile Banking Transfer | To Account 145573555177 | | 440.00- |
| Dec 27 | Mobile Banking Transfer | To Account 145573555177 | | 1,000.00- |
| Dec 27 | Mobile Banking Transfer | To Account 145573555177 | | 1,150.00- |
| Dec 21 | Electronic Withdrawal<br>REF=223540190193090N00 | To Phone pymt to lo<br>IVRIL00014an 0718 245677080 | | 504.76- |
| Dec 19 | Electronic Withdrawal<br>REF=223530063645990N00 | To AT&T<br>0000049733AT&T 6651564 | | 50.32- |
| Dec 28 | Electronic Withdrawal<br>REF=223610147002440N00 | To BALBOA CAPITAL C<br>5811110764BALBOA PMT317687-000 | | 131.52- |
| Dec 28 | Electronic Withdrawal<br>REF=223610147002460N00 | To BALBOA CAPITAL C<br>5811110764BALBOA PMT317687-000 | | 34.49- |
| Dec 5 | Electronic Withdrawal<br>REF=223360167329390N00 | To COMMERCE<br>9480962626BC DISCNT 260007208887 | | 418.01- |
| Dec 9 | Electronic Withdrawal<br>REF=223420084946190N00 | To JO CO WASTEWATER<br>9486034760DIRECT PAYUM2077411 | | 228.64- |
| Dec 13 | Electronic Withdrawal<br>REF=223460076811840N00 | To EASY ICE<br>1911718107EASYICE M64095553607 | | 155.18- |
| Dec 21 | Electronic Withdrawal<br>REF=223540126534570N00 | To AUTO-OWNERS<br>1380315280INS. PREM CB100159066 | | 4,108.72- |
| Dec 20 | Electronic Withdrawal<br>REF=223530185728270N00 | To IPFS866-412-2561<br>1231659615IPFSPMTMOKA60310 | | 1,685.94- |
| Dec 2 | Electronic Withdrawal<br>REF=223350103838010N00 | To BANKCARD 8600<br>54978600SMMTOT DISC 517939030145411 | | 39.95- |
| Dec 2 | Electronic Withdrawal<br>REF=223350127061000N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,404.75- |
| Dec 2 | Electronic Withdrawal<br>REF=223350127061010N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,461.26- |
| Dec 2 | Electronic Withdrawal<br>REF=223350127061020N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,716.28- |
| Dec 16 | Electronic Withdrawal<br>REF=223490141078190N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,412.45- |
| Dec 16 | Electronic Withdrawal<br>REF=223490141078200N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,494.61- |
| Dec 16 | Electronic Withdrawal<br>REF=223490141078210N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,898.25- |
| Dec 30 | Electronic Withdrawal<br>REF=223640041023850N00 | To PAYROLL<br>4462800242PAYROLL 14023384 | | 1,354.63- |



TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS 66203-3162

**Business Statement**

Account Number:
█████ 1779

Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 14 of 15



## GOLD BUSINESS CHECKING          (CONTINUED)

U.S. Bank National Association          Account Number ████-1779

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 30 | Electronic Withdrawal REF=223640041023860N00 | To PAYROLL 4462800242PAYROLL 14023384 | | 1,513.39- |
| Dec 30 | Electronic Withdrawal REF=223640041023870N00 | To PAYROLL 4462800242PAYROLL 14023384 | | 1,716.28- |
| Dec 6 | Electronic Withdrawal REF=223400021095530N00 | To PAYROLL 1943345425TAX 14023384 | | 338.84- |
| Dec 20 | Electronic Withdrawal REF=223540101350650N00 | To PAYROLL 1943345425TAX 14023384 | | 362.65- |
| Dec 19 | Electronic Withdrawal REF=223530093278900N00 | To INTUIT 47352065 9215986202TRAN FEE 524771998427179 | | 29.46- |
| Dec 21 | Electronic Withdrawal REF=223550096919550N00 | To INTUIT 64248005 9215986202TRAN FEE 524771998427179 | | 241.27- |
| Dec 5 | Electronic Withdrawal REF=223390070396580N00 | To INTUIT 68595065 9215986202TRAN FEE 524771998427179 | | 16.62- |
| Dec 27 | Electronic Withdrawal REF=223610008623650N00 | To INTUIT 82108365 9215986202TRAN FEE 524771998427179 | | 390.78- |
| Dec 8 | Electronic Withdrawal REF=223420033563410N00 | To INTUIT 93888105 9215986202TRAN FEE 524771998427179 | | 46.95- |
| Dec 7 | Electronic Withdrawal REF=223400069303600N00 | To IRS 3387702000USATAXPYMT227274166248696 | | 2,618.74- |
| Dec 21 | Electronic Withdrawal REF=223540148550710N00 | To IRS 3387702000USATAXPYMT227275566237254 | | 3,343.65- |
| Dec 16 | Electronic Withdrawal REF=223490091838620N00 | To EVERGY METRO 1440308721AUTOPAY 705131075762 | | 156.03- |
| Dec 21 | Electronic Withdrawal REF=223540115660620N00 | To UNITED FIN CAS 9409348112INS PREM POL 02691683 | | 614.00- |
| Dec 7 | Electronic Withdrawal REF=223400098394660N00 | To KANSAS GAS SERVI 9131520922UTIL PAYMT104918291090021 | | 174.95- |
| Dec 22 | Electronic Withdrawal REF=223550197129910N00 | To UNIFIEDGLOBALSOL 3383693141WEBPAYMENT | | 236.74- |
| Dec 14 | Analysis Service Charge | | 1400000000 | 20.00- |
| Dec 13 | Customer Withdrawal | | 8315343832 | 1,800.00- |
| | | **Total Other Withdrawals** | **$** | **35,696.94-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 36154 | Dec 23 | 9213303624 | 30.00 | 36190* | Dec 9 | 9214159001 | 35.00 |
| 36166* | Dec 12 | 8015852866 | 180.00 | 36191 | Dec 8 | 8913492858 | 40.00 |
| 36170* | Dec 2 | 9212717367 | 335.00 | 36192 | Dec 13 | 8316136304 | 2,233.22 |
| 36171 | Dec 5 | 8017408238 | 969.40 | 36193 | Dec 12 | 8015751209 | 100.00 |
| 36172 | Dec 5 | 8017408077 | 952.17 | 36194 | Dec 12 | 8016102573 | 100.00 |
| 36173 | Dec 2 | 9214244004 | 813.81 | 36195 | Dec 16 | 9214654711 | 1,234.37 |
| 36174 | Dec 5 | 9214954482 | 914.22 | 36196 | Dec 19 | 8016735038 | 1,181.99 |
| 36175 | Dec 5 | 9214954485 | 1,008.62 | 36197 | Dec 16 | 9213876034 | 1,074.76 |
| 36176 | Dec 2 | 9214244637 | 1,030.46 | 36198 | Dec 16 | 9214735036 | 1,181.21 |
| 36177 | Dec 2 | 9214244034 | 947.91 | 36199 | Dec 16 | 9213566890 | 1,284.35 |
| 36178 | Dec 6 | 8316515566 | 1,054.41 | 36200 | Dec 16 | 9213173313 | 1,171.01 |
| 36179 | Dec 2 | 9214742952 | 150.00 | 36201 | Dec 16 | 9213975726 | 1,378.11 |
| 36180 | Dec 5 | 8017408237 | 168.00 | 36202 | Dec 19 | 8013654477 | 1,341.27 |
| 36181 | Dec 5 | 8017408078 | 160.00 | 36203 | Dec 16 | 9213566891 | 960.00 |
| 36182 | Dec 2 | 9214244003 | 160.00 | 36204 | Dec 20 | 8017310961 | 400.00 |
| 36183 | Dec 5 | 9214954483 | 168.00 | 36205 | Dec 20 | 8316410893 | 100.00 |
| 36184 | Dec 5 | 9214954484 | 192.00 | 36206 | Dec 23 | 9213303591 | 100.00 |
| 36185 | Dec 2 | 9214244638 | 152.00 | 36207 | Dec 23 | 9213303622 | 100.00 |
| 36186 | Dec 2 | 9214244033 | 160.00 | 36208 | Dec 28 | 8614234332 | 98.00 |
| 36187 | Dec 6 | 8316515567 | 184.00 | 36209 | Dec 30 | 9214945444 | 1,157.21 |
| 36188 | Dec 5 | 8017233126 | 1,800.00 | 36211* | Dec 30 | 9214806658 | 538.80 |

**us bank.**

TUFF TURF INC
5948 MERRIAM DR
MERRIAM KS  66203-3162

**Business Statement**
Account Number:
█████ 1779
Statement Period:
Dec 1, 2022
through
Dec 31, 2022

Page 15 of 15

## GOLD BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association      Account Number ████-1779

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 36213* | Dec 30 | 9214363309 | 684.93 | 36223 | Dec 30 | 9214945445 | 660.00 |
| 36214 | Dec 30 | 9214108867 | 1,316.80 | 36224 | Dec 30 | 9214363300 | 1,070.00 |
| 36216* | Dec 29 | 8914735781 | 480.00 | 36226* | Dec 30 | 9214363310 | 667.50 |
| 36217 | Dec 30 | 9214709703 | 700.00 | 36228* | Dec 29 | 8914117747 | 500.00 |
| 36219* | Dec 30 | 9213356003 | 1,900.00 | 36229 | Dec 30 | 9214108747 | 1,400.00 |
| 36221* | Dec 30 | 9214806659 | 300.00 | 36232* | Dec 30 | 9214945446 | 200.00 |
| 36222 | Dec 30 | 9214108866 | 1,080.00 | 36233 | Dec 30 | 9214363311 | 200.00 |

   * Gap in check sequence      **Conventional Checks Paid (56)**     **$**     **38,498.53-**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 1 | 10,280.98 | Dec 12 | 9,654.61 | Dec 21 | 12,540.62 |
| Dec 2 | 10,967.14 | Dec 13 | 4,559.22 | Dec 22 | 9,233.56 |
| Dec 5 | 9,224.96 | Dec 14 | 7,218.36 | Dec 23 | 26,616.44 |
| Dec 6 | 3,930.94 | Dec 15 | 6,764.79 | Dec 27 | 19,041.40 |
| Dec 7 | 1,755.64 | Dec 16 | 3,032.27 | Dec 28 | 18,899.82 |
| Dec 8 | 4,720.83 | Dec 19 | 26,228.23 | Dec 29 | 55,988.80 |
| Dec 9 | 4,279.49 | Dec 20 | 25,437.68 | Dec 30 | 60,128.26 |

   Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL

Account Analysis Activity for: November 2022

| | | | |
|---|---|---|---|
| Account Number: | ████-1779 | $ | 20.00 |
| Analysis Service Charge assessed to | ████6-1779 | $ | 20.00 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

### Service Activity Detail for Account Number ████-1779

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Monthly Maintenance | 1 | 20.00000 | 20.00 |
| Combined Transactions/Items | 283 | | No Charge |
| Charge For Neg Coll Balance | 61.64 | | No Charge |
| Subtotal: Depository Services | | | 20.00 |
| **ACH Services** | | | |
| ACH Received Addenda Item | 13 | | No Charge |
| Subtotal: ACH Services | | | 0.00 |
| **Branch Coin/Currency Services** | | | |
| Night Dep Processing-per Dep | 1 | | No Charge |
| Subtotal: Branch Coin/Currency Services | | | 0.00 |
| Fee Based Service Charges for Account Number 0-043-4396-1779 | | $ | 20.00 |

**EXHIBIT C**

**JANUARY 2023 PROFIT AND LOSS**

Tax Returns for the years 2019-2021 are available upon request.  2022 tax returns have not yet been prepared.

# Tuff Turf, Inc.

### Profit and Loss

January 2023

| | TOTAL |
|---|---|
| **Income** | |
| 4008 Lawn Maintenance Installment Sales | 17,421.56 |
| 4030 Landscape Sales | 24,326.50 |
| 4050 Snow Removal Sales | 25,415.00 |
| **Total Income** | **$67,163.06** |
| Cost of Goods Sold | |
| 4310 Landscape Materials | 1,405.36 |
| 4330 Irrigation Materials | 2,199.22 |
| 4370 Snow Materials | 15,085.69 |
| **Total Cost of Goods Sold** | **$18,690.27** |
| **GROSS PROFIT** | **$48,472.79** |
| Expenses | |
| 2023 Owner Draw - Payroll | 5,082.86 |
| 5100 Advertising | 360.00 |
| 5500 Officer Compensation | 1,105.80 |
| 5545 Charitable Contributions | 34.00 |
| 5570 Dues & Subscriptions | 911.67 |
| 5580 Dumping | 1,072.00 |
| 5589 Meals & Entertainment | 306.33 |
| 5600 Gas & Oil | 1,859.70 |
| 6240 Insurance - General | 12,114.80 |
| 6300 Office Expense | 1,658.61 |
| 6360 Rent Expense | 1,800.00 |
| 6380 Repairs & Maint - Equipment | 346.36 |
| 6390 Repairs & Maint - Vehicles | 306.35 |
| 6510 Mobile Telephone Expense | 221.76 |
| 6550 Utilities | 1,001.37 |
| 6560 Vehicle Expense | 177.51 |
| 6561 Payroll Expenses | |
| Taxes | 3,894.41 |
| Wages | 24,570.41 |
| **Total 6561 Payroll Expenses** | **28,464.82** |
| QuickBooks Payments Fees | 232.31 |
| **Total Expenses** | **$57,056.25** |
| **NET OPERATING INCOME** | **$ -8,583.46** |
| Other Expenses | |
| 8100 Interest Expense | 4,430.80 |
| **Total Other Expenses** | **$4,430.80** |
| **NET OTHER INCOME** | **$ -4,430.80** |
| **NET INCOME** | **$ -13,014.26** |

# EXHIBIT D

**LEASES – Schedule G – Assumption of Executory Contracts and Unexpired Leases**

30

Fill in this information to identify the case:

Debtor name **Tuff Turf Inc.**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **phone equipment** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Balboa**<br>**17218 Preston Rd #2600**<br>**Dallas, TX 75252** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2006 Ford F450 SD Flat bed with lock boxes**<br><br>**1 9 ft 6 Mild Steel HDV SXE77780, (2) Poly 2 yd Salt Dogg SXESHPE2000, F250SD-550SD 05-07 SXE33259, plug-in harness Kit SXEB29049, Blade Wing Kit HD SNX84575, Cable assy vehicle SNX42014, Cntrl Hrns Vehicles SNX28587** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **BSB Leasing**<br>**PO Box 3892**<br>**Seattle, WA 98124** |
| | List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.3.** | State what the contract or lease is for and the nature of the debtor's interest | **1 2021 Interstate IBDU716TA5 7 X 16 Interstate Bumper Pull Dump Tandem Axle 4RADU1626MC053372 1 Fastway Zip Trailer Breakaway Cable 4 Foot 1 Coupler Latch Pin Simple 1 Tire Radial 235/80R16E on 8 Hole 865 White Mod Wheel 1 Dump Tarp 7 x 15 Mesh w/ Hardware Kit 1 86hdv Mild Steel Blad 1 86hdv Mild Steel Blad 1 86hdv Mild Steel Blad 1 40in Walk Broom Plow 3 Poly 2 Yd Salt Dogg** | |
| | State the term remaining | **2 years, 11 months** | **BSB Leasing, Inc. 7921 Southpark Plaza, Ste. 208 Littleton, CO 80120** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.4.** | State what the contract or lease is for and the nature of the debtor's interest | **lease for premises** | |
| | State the term remaining | **month to month** | **Equipbid.com 8675 College Blvd Ste- 270 Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.5.** | State what the contract or lease is for and the nature of the debtor's interest | **7X16 dump trailer, some snow plows (Smart Shield)** | |
| | State the term remaining | **3 years** | **Marlin PO Box 637 Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.6.** | State what the contract or lease is for and the nature of the debtor's interest | **Scag mowers, spray tank, blowers, weed eaters** | |
| | State the term remaining | **3 years** | **Targeted Lending 5500 Main St. Williamsville, NY 14221** |
| | List the contract number of any government contract | | |

Debtor 1  **Tuff Turf Inc.**                                    Case number (*if known*) _____
         First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**EXHIBIT D**

**LEASES – Schedule G – Assumption of Executory Contracts and Unexpired Leases**

**Fill in this information to identify the case:**

Debtor name     **Tuff Turf Inc.**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **phone equipment** | |
| State the term remaining    **2 years** | **Balboa** |
| List the contract number of any government contract | **17218 Preston Rd #2600** <br> **Dallas, TX 75252** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **2006 Ford F450 SD Flat bed with lock boxes** <br><br> **1 9 ft 6 Mild Steel HDV SXE77780, (2) Poly 2 yd Salt Dogg SXESHPE2000, F250SD-550SD 05-07 SXE33259, plug-in harness Kit SXEB29049, Blade Wing Kit HD SNX84575, Cable assy vehicle SNX42014, Cntrl Hrns Vehicles SNX28587** | |
| State the term remaining    **8 months** | **BSB Leasing** |
| List the contract number of any government contract | **PO Box 3892** <br> **Seattle, WA 98124** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3.** State what the contract or lease is for and the nature of the debtor's interest

**1 2021 Interstate IBDU716TA5 7 X 16 Interstate Bumper Pull Dump Tandem Axle 4RADU1626MC053372**
**1 Fastway Zip Trailer Breakaway Cable 4 Foot**
**1 Coupler Latch Pin Simple**
**1 Tire Radial 235/80R16E on 8 Hole 865 White Mod Wheel**
**1 Dump Tarp 7 x 15 Mesh w/ Hardware Kit**
**1 86hdv Mild Steel Blad**
**1 86hdv Mild Steel Blad**
**1 86hdv Mild Steel Blad**
**1 40in Walk Broom Plow**
**3 Poly 2 Yd Salt Dogg**

State the term remaining      **2 years, 11 months**

List the contract number of any government contract

**BSB Leasing, Inc.**
**7921 Southpark Plaza, Ste. 208**
**Littleton, CO 80120**

**2.4.** State what the contract or lease is for and the nature of the debtor's interest      **lease for premises**

State the term remaining      **month to month**

List the contract number of any government contract

**Equipbid.com**
**8675 College Blvd Ste- 270**
**Overland Park, KS 66210**

**2.5.** State what the contract or lease is for and the nature of the debtor's interest      **7X16 dump trailer, some snow plows (Smart Shield)**

State the term remaining      **3 years**

List the contract number of any government contract

**Marlin**
**PO Box 637**
**Mount Laurel, NJ 08054**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest      **Scag mowers, spray tank, blowers, weed eaters**

State the term remaining      **3 years**

List the contract number of any government contract

**Targeted Lending**
**5500 Main St.**
**Williamsville, NY 14221**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

## EXHIBIT E - PROJECTIONS OF CASH FLOW/EARNINGS
## POST CONFIRMATION PERIOD

| | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** |
|---|---|---|---|---|---|
| | **4/23 - 3/24** | **4/24 - 3/25** | **4/25 - 3/26** | **4/26 - 3/27** | **4/27 - 3/28** |
| | | | | | |
| **Gross Receipts:** | $1.2 million ($100,000/month) | $1.35 million ($112,500 per month) | $1.5 million ($125,000 per month) | $1.65 million ($137,500 per month) | $1.8 million ($150,000 per month) |
| **Expenses**: | | | | | |
| Payroll | $400,000 ($33,333 per month) | $420,000 ($35,000 per month) | $450,000 ($37,500 per month) | $480,000 ($40,000 per month) | $520,000 ($43,333 per month) |
| Insurance | $90,000 ($7,500/month) | $96,000 ($8,000 per month) | $102,000 ($8,500 per month) | $108,000 ($9,000 per month) | $114,000 ($9,500 per month) |
| Taxes | $108,000 ($9,000/month) | $120,000 ($10,000 per month) | $132,000 ($11,000 per month) | $144,000 ($12,000 per month) | $156,000 ($13,000 per month) |
| Maintenance/Fuel | $300,000 ($25,000 per month) | $336,000 ($28,000 per month) | $360,000 ($30,000 per month) | $384,000 ($32,000 per month) | $420,000 ($35,000 per month) |
| Rent and equipment for office | $60,000 ($5,000/month) | $60,000 ($5,000/month) | $60,000 ($5,000/month) | $60,000 ($5,000/month) | $60,000 ($5,000/month) |
| Advertising/Marketing | $6,000 ($500/month) | $9,000 ($750/month) | $12,000 ($1000/month) | $15,000 ($1250/month) | $18,000 ($1500/month) |
| Employee Benefits | $18,000 ($1500/month) | $21,000 ($1750/month) | $24,000 ($2000/month) | $27,000 ($2250/month) | $30,000 ($2500/month) |
| Costs of Goods Sold (i.e. salt, other product purchases) | $72,000 ($6,000/month) | $78,000 ($6,500/month) | $84,000 ($7,000/month) | $90,000 ($7,500/month) | $96,000 ($8,000/month) |
| **Plan Payments** | | | | | |
| Administrative | $1833.33 month (including Subchapter V Trustee fees paid in lump sump) ($22,000/year) | $0 | $0 | $0 | $0 |
| IRS | $944.11/month ($11,329.32/yr) | $944.11/month ($11,329.32/yr) | $944.11/month ($11,329.32/yr) | $944.11/month ($11,329.32/yr) | $944.11/month ($11,329.32/yr) |
| CAN Capital | $2675/month ($32,100/year) | $2675/month ($32,100/year) | $2675/month ($32,100/year) | $2675/month ($32,100/year) | $2675/month ($32,100/year) |
| S.B.A. | $1916.81/month ($23,001.72/year) | $1916.81/month ($23,001.72/year) | $1916.81/month ($23,001.72/year) | $1916.81/month ($23,001.72/year) | $1916.81/month ($23,001.72/year) |
| | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** |

|  | 4/23 - 3/24 | 4/24 - 3/25 | 4/25 - 3/26 | 4/26 - 3/27 | 4/27 - 3/28 |
|---|---|---|---|---|---|
| Ford (Claim #3) | $923/month ($11,076/year) | $923/month ($11,076/year) | $923/month ($11,076/year) | $923/month ($11,076/year) | $923/month ($11,076/year) |
| Ford (Claim #14) | $745.03/month ($8,940.36/year) | $745.03/month ($8,940.36/year) | $745.03/month ($8,940.36/year) | $745.03/month ($8,940.36/year) | $745.03/month ($8,940.36/year) |
| Wells Fargo | $457.84/month ($5,494.08/year) | $457.84/month ($5,494.08/year) | $457.84/month ($5,494.08/year) | $457.84/month ($5,494.08/year) | $457.84/month ($5,494.08/year) |
| Tokyo Century | $765.41/month ($9,184.92/year) | $765.41/month ($9,184.92/year) | $765.41/month ($9,184.92/year) | $765.41/month ($9,184.92/year) | $765.41/month ($9,184.92/year) |
| FC/Funding Circle | $96.27/month ($1155.24/year) | $96.27/month ($1155.24/year) | $96.27/month ($1155.24/year) | $96.27/month ($1155.24/year) | $96.27/month ($1155.24/year) |
| Targeted Lending Co. | $1028.36/month ($12,340.32/yr) | $1028.36/month ($12,340.32/yr) | $1028.36/month ($12,340.32/yr) | $1028.36/month ($12,340.32/yr) | $1028.36/month ($12,340.32/yr) |
| General Unsecured Non-Priority Claims | $0 | $6,750 per month ($81,000/year) | $6,750 per month ($81,000 year) | $0 unless unexpected claims accrue | $0 unless unexpected claims accrue |
| **Total Plan Payments** | **$11,853.53/mo. ($142,242.36/yr) Year 1** | **$16,770.20/mo. ($201242.40/ yr) Year 2** | **$16,770.20/mo. ($201242.40/ yr) Year 3** | **$10,020.20/mo. ($120,242.40/ yr) Year 4** | **$10,020.20/mo. ($120,242.40/ yr) Year 5** |

**EXHIBIT F**

**LIQUIDATION ANALYSIS**

| | | | |
|---|---|---|---|
| **Assets:** | | | |
| Funds in client trust account with counsel: | $4,749.50 | | |
| Accounts Receivable | $32,000 | | |
| Furniture and Fixtures, All Used | $3,500 | | |
| Vehicles, Mowers, and Other Equipment | $630,390.90 | | |
| Total Value | $670,640.40 | | |
| | | | |
| Less | | | |
| Secured claims ($1,114,452.53) | | | |
| Less | | | |
| Hypothetical Chapter 7 Trustee Fees | | | |
| 25% of $5,000 = $1,250 | | | |
| 10% of $45,000 = $4,500 $4500 5% of $620,640.40 = $31,032.02 | | | |
| | $36,782.02 | | |
| | | | |
| Total Value minus Chapter 7 Fees and secured claims | $-$480,594.15 | | |
| | | | |
| Less | | | |
| Payments to priority creditors | $47,608 | | |
| Grand Total Value | (-$528,202.15) | | |
| | | | |
| There would be no distributions to general unsecured creditors under | | | |
| a theoretical Chapter 7 liquidation. | | | |
| **Therefore, the Plan as proposed satisfies the requirements of** | | | |
| **11 U.S.C. § 1129(a)(7)(ii).** | | | |

30