# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**IN RE:**
TUFF TURF, INC.,                                    Case Number: 22-21176
                                                    Chapter : 11
                        Debtor.

_____

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
## REGARDING PLAN CONFIRMATION

Notice is hereby given that the **Debtor** has filed a **Chapter 11 Plan**, Dated [Date Filed].

A non-evidentiary hearing on confirmation of the Chapter 11 Plan will be held on **May 11, 2023** beginning at **1:46 p.m.** before the United States Bankruptcy Court, 500 State Avenue, Courtroom 144, Kansas City, Kansas, at which time the debtor or its representative must personally appear.

December 2, 2022 is fixed as the date on which any equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the Chapter 11 Plan.

All objections to the **Chapter 11 Plan** should be filed with the Clerk of the Bankruptcy Court, 500 State Avenue, Room 161, Kansas City, Kansas 66101 on or before **April 17, 2023** and served upon counsel for the Debtor.

**April 17, 2023** is fixed as the last day for receipt of acceptances or rejections of the Chapter 11 Plan.  All ballots must be received at the address listed on the ballot prior to 4:00 p.m. on that date to be counted.

On or before **March 14, 2023**, there should be mailed to all parties in interest, or parties required to receive notice by the Code, a copy of this Notice, the Chapter 11 Plan, and appropriate forms for the acceptance or rejection of the Plan.  A certificate of service must be filed with the court no later than March 21, 2023, and a ballot summary no later than May 8, 2023.


Dated: <u>March 9, 2023</u>                         <u>s/ Dale L. Somers         </u>
                                                    Hon. Dale L. Somers
                                                    United States Bankruptcy Judge