**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| In re: | Case No. 22-21176 |
| Tuff Turf Inc. | Chapter 11 |
| Debtor(s) | ECF Dkt Ref No(s).     46 & 49 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/10/2023, I did cause a copy of the following document(s), described below:

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST & SMALL BUSINESS PLAN OF REORGANIZATION, ECF Dkt Ref No. 46 & 49

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/10/2023

/s/ Ryan A. Blay
Ryan A. Blay
Bar No. 28110
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
doug@wagonergroup.com

In re:

Tuff Turf Inc.

Debtor(s)

Case No. 22-21176

Chapter 11

ECF Dkt Ref No(s).      46 & 49

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 3/10/2023, I did cause a copy of the following document(s), described below:

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST & SMALL BUSINESS PLAN OF REORGANIZATION, ECF Dkt Ref No. 46 & 49

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/10/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/10/2023, I caused a copy of the NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST & SMALL BUSINESS PLAN OF REORGANIZATION to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | |
|---|---|---|---|---|
| Ally Bank | c/o AIS Portfolio Se | | | Oklahoma City OK 73118-0000 |
| Balboa | 17218 Preston Rd #2600 | | | Dallas TX 75252-0000 |
| BSB Leasing | PO Box 3892 | | | Seattle WA 98124-0000 |
| Can Capital, Inc. | 1850 Parkway Place, Parkway On | Suite 1150 | | Marietta GA 30067-0000 |
| Cellco Partners dba Verizon | William M. Vermette | 22001 Loudon County Pkwy | | Ashburn VA 20147-0000 |
| CNH Industrial America LLC | PO Box 71264 | | | Philadelphia PA 19176-0000 |
| Easy Ice - Kansas City | f/k/a/ Ice Masters | C/o Billing | 9800 Britton St | Lenexa KS 66219-0000 |
| Evergy | Attn: Bankruptcy | PO Box 219703 | | Kansas City MO 64138-0000 |
| FC Marketplace, LLC | C/o Becket and Lee, LLP | PO Box 3002 | | Malvern PA 19355-0702 |
| Financial Pacific Leasing, Inc | 3455 S. 344th Way | Suite 300 | | Auburn WA 98001-0000 |
| Ford Motor Credit | P.O. Box 62180 | | | Colorado Springs CO 80962-0000 |
| Home Depot | PO Box 6497 | | | Sioux Falls SD 57117-0000 |
| Internal Revenue Service | Centralized Insolvency Ops | Post Office Box 7346 | | Philadelphia PA 19101-7346 |
| Jason Williamson | 8340 Old Ham Road | | | Kansas City MO 64138-0000 |
| Jeffery Henry | c/o Attorney Julie Anderson | 4006 Central St | | Kansas City MO 64111-0000 |
| Johnson County (KS) Watewater | 11811 S. Sunset Dr. | | | Olathe KS 66061-0000 |
| Kansas Department of Revenue | Civil Tax Enforcement | PO Box 12005 | | Topeka KS 66611-2005 |
| Kansas Gas Service | Attn: Bankruptcy | PO Box 3535 | | Topeka KS 66601-0000 |
| Marlin | PO Box 637 | | | Mount Laurel NJ 08054-0000 |
| Maxim Security | C/o Billing / Bankruptcy | P.O. Box 3251 | | Independence MO 64055-0000 |
| Pavlich, Inc. | 250 S. 5th St. | | | Kansas City KS 66101-0000 |
| Quicktrip | PO Box 219736 | | | Kansas City MO 64121-0000 |
| Sheffield Financial | PO Box 1847 | | | Wilson NC 27894-1847 |
| Smittys Lawn & Garden Equip. | 2300 N Rogerd Rd. | | | Olathe KS 66062-0000 |
| Targeted Lending | c/o Miranda L. Jakubec, Esq., | 1600 Liberty Building | | Buffalo NY 14202-0000 |
| TD Bank/Yard Card | PO Box 9547 | attn: bankruptcy | | Portland ME 04112-9547 |
| Tokyo Century (USA) Inc. | C/o Dennis A Dressler | 101 W. Grand Ave., STE 404 | | Chicago IL 60654-0000 |
| Unified Global Solutions | 17218 Preston Road | Suite 2600 | | Dallas TX 75252-0000 |
| US Small Business Admin. | 10675 Bedford Ave | Ste. 100 | | Omaha NE 68134-0000 |
| Verimore Bank/ First MO Bank | Kessinger Law Firm | 200 NW Englewood Rd. STE. B | | Kansas City MO 64118-0000 |
| WaterOne | 10747 Renner Boulevard | | | Kansas City KS 66119-9624 |
| Wells Fargo Vendor Fin Service | Attn: Lisa Boddicker | 1010 Thomas Edison Blvd, SW | | Cedar Rapids IA 52404-0000 |
| Citibank/The Home Depot | Citicorp Cr Srvs/Centralized | Bankruptcy | PO Box 790040 | Saint Louis MO 63129-0000 |
| Equipbid.com | 8675 College Blvd Ste- 270 | | | Overland Park KS 66210-0000 |