# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| In re: TUFF TURF, INC. | ) | Case No. 22-21176-DLS11 |
| Debtor, & Debtor-in-Possession | ) | Chapter 11 (Voluntary) |
| | ) | Subchapter V |

## CERTIFICATE OF SERVICE OF BALLOTS SMALL BUSINESS PLAN OF REORGANIZATION FOR DEBTOR TUFF TURF, INC., DATED MARCH 2, 2023 (DOC. #46)

I, the undersigned Counsel for the above-captioned Debtor, herby certifies that on **3/13/2023** a true and correct copies of respective Ballots in reference to the Chapter 11, Subchapter V Small Business Plan of Reorganization dated 3/2/2023 (Doc. #46) were mailed to all Creditors listed in the Ballot Summary outlined below, via US 1st Class prepaid mail. Counsel will also remit the same respective Ballots via email to all parties listing an email address below.

## BALLOT SUMMARY AS OF 3/13/2023

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If Filed) | Balloted? (Yes or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 1 | **CAN Capital, Inc., assignee of WebBank** <br> 1850 Parkway Place, Parkway One <br> Suite 1150 <br> Marietta, GA 30067 <br> koconnell@cancapital.com <br><br> Claim Amount: $252,197.93 | 12-1 | Yes | |
| 1 | **US Small Business Admin.** <br> 10675 Bedford Ave <br> Ste. 100 <br> Omaha NE 68134 <br> gregg.stratman@sba.gov <br><br> Claim Amount: $533,565.07 | 4-1 | Yes | |
| 1 | **Verimore Bank / First MO Bank** <br> Kessinger Law Firm <br> 200 NW Englewood Rd. STE. B <br> Kansas City, MO 64118 <br> ghflanders@kessingerlaw.net <br><br> Claim Amount: $90,966.04 | 8-1 | Yes | |
| 2 | **Ally Bank** <br> c/o AIS Portfolio Se <br> 4515 N. Santa Fe Ave., Dept APD <br> Oklahoma City OK 73118 <br> ECFNotices@aisinfo.com <br><br> Claimed amount: $24,819.27 | 1-1 | Yes | |
| 2 | **Ford Motor Credit** <br> P.O. Box 62180 <br> Colorado Springs CO 80962-2180 <br> fcffald@ford.com | 14-1 | Yes | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Claimed amount: $39,479.73 |  |  |  |
| 2 | **Ford Motor Credit**<br>P.O. Box 62180<br>Colorado Springs CO 80962-2180<br>fcffald@ford.com<br><br>Claimed amount: $48,910.58 | 3-1 | Yes |  |
| 2 | **Wells Fargo Venrdor Financial Services, LLC**<br>Attn: Lisa Boddicker<br>1010 Thomas Edison BLVD, SW<br>cedar Radips, IA 52404<br>bankruptcynoticesdfvendor@wellsfargo.com<br><br>Claimed amount: $24,261.13 | 10-1 | Yes |  |
| 2 | **Tokyo Century (USA), Inc.**<br>c/o Dennis A. Dressler<br>Dressler Peters, LLC<br>101 W. Grand Ave., Ste. 404<br>Chicago, IL 60654<br>ddressler@dresslerpeters.com<br><br>Claimed amount: $40,559.67 | 15-1 | Yes |  |
| 3 | **FC Marketplace, LLC**<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355–0702<br>FCMarketplace@becket–lee.com<br><br>Claimed amount: $5,101.59 | 5-1 | Yes |  |
| 3 | **Targeted Lending**<br>c/o Miranda L. Jakubec, Esq., Rupp Pfalzgraf<br>LLC<br>1600 Liberty Building<br>Buffalo, NY 14202<br>jakubec@ruppbaase.com<br><br>Claimed amount: $54,593.42 | 11-1 | Yes |  |
| 4 | **Financial Pacific Leasing, Inc**<br>3455 S. 344th Way, Suite 300<br>Federal Way, WA 98001<br>kdunn@finpac.com<br><br>Claimed amount: $16,360.77 | 16-1 | Yes |  |
| 5 | None | None | N/a | **N/a** |
| 6 | **CNH Industrial America LLC**<br>PO Box 71264<br>Philadelphia PA 19176<br>scott.krisman@cnhind.com<br><br>Claimed amount: $8850.39 | 2-1 | Yes |  |

| | | | | |
|---|---|---|---|---|
| **Marlin**<br>PO Box 637<br>Mount Laurel NJ 08054<br>pmackin@marlincorp.com | | | | |
| 6 | Claimed amount: $44,343.06 | 6-1 | Yes | |
| **Johnson County (KS) Watewater**<br>11811 S. Sunset Dr.<br>Olathe, KS 66061<br>JCW-Solutions@joco.gov | | | | |
| 6 | Claimed amount: $278.33 | 7-1 | Yes | |
| **Cellco Partnership d/b/a Verizon Wireless**<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147<br>William.Vermette@Verizon.Com | | | | |
| 6 | Claimed amount: $1,934.06 | 9-1 | Yes | |
| **Venimore Bank / First MO Bank**<br>Kessinger Law Firm<br>200 NW Englewood Rd. STE. B<br>Kansas City, MO 64118<br>**ghflanders@kessingerlaw.net** | | | | |
| 6 | Claimed amount: $90,966.04 | 8-1 | No (1 Ballot under Class 1) | |
| **Internal Revenue Service**<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346<br>dorletha.m.godley@irs.gov | | | | |
| 6 | Claimed amount: $63,235.06 | 13-1 | Yes | |
| Matt Nelson<br>14414 W. 92nd Terr.<br>Lenexa KS 66215 | | | | |
| 7 | Claimed amount: N/a, co-Debtor | N/a | N/a | **N/a** |

Dated: March 13, 2023    Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR