# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| In re: | TUFF TURF, INC. | ) | Case No. 22-21176-DLS11 |
|---|---|---|---|
| | Debtor and | ) | Chapter 11 (Voluntary) |
| | Debtor-in-Possession | ) | Subchapter V |

## CREDITOR BALLOT SUMMARY ON DEBTOR'S INITIAL CHAPTER 11, SUBCHAPTER V, SMALL BUSNIESS PLAN (DOC. #46)

| Creditor Class # | Creditor Address(es) & Email (If Applicable) | Proof of Claim No. (If Filed) | Balloted? (Yes or N/a) | Party's Vote (Accept/Reject/ No Vote / N/a) |
|---|---|---|---|---|
| 1 | **CAN Capital, Inc., assignee of WebBank** <br> 1850 Parkway Place, Parkway One <br> Suite 1150 <br> Marietta, GA 30067 <br> koconnell@cancapital.com <br><br> Claim Amount: $252,197.93 | 12-1 | Yes | **Accept** |
| 1 | **US Small Business Admin.** <br> 10675 Bedford Ave <br> Ste. 100 <br> Omaha NE 68134 <br> gregg.stratman@sba.gov <br><br> Claim Amount: $533,565.07 | 4-1 | Yes | **No Vote** |
| 1 | **Verimore Bank / First MO Bank** <br> Kessinger Law Firm <br> 200 NW Englewood Rd. STE. B <br> Kansas City, MO 64118 <br> ghflanders@kessingerlaw.net <br><br> Claim Amount: $90,966.04 | 8-1 | Yes | **Reject** |
| 2 | **Ally Bank** <br> c/o AIS Portfolio Se <br> 4515 N. Santa Fe Ave., Dept APD <br> Oklahoma City OK 73118 <br> ECFNotices@aisinfo.com <br><br> Claimed amount: $24,819.27 | 1-1 | Yes | **No Vote** |
| 2 | **Ford Motor Credit** <br> P.O. Box 62180 <br> Colorado Springs CO 80962-2180 <br> fcffald@ford.com <br><br> Claimed amount: $39,479.73 | 14-1 | Yes | **No Vote** |
| 2 | **Ford Motor Credit** <br> P.O. Box 62180 <br> Colorado Springs CO 80962-2180 <br> fcffald@ford.com | 3-1 | Yes | **No Vote** |

| | | | | |
|---|---|---|---|---|
| | Claimed amount: $48,910.58 | | | |
| 2 | **Wells Fargo Venrdor Financial Services, LLC** <br> Attn: Lisa Boddicker <br> 1010 Thomas Edison BLVD, SW <br> cedar Radips, IA 52404 <br> bankruptcynoticesdfvendor@wellsfargo.com <br><br> Claimed amount: $24,261.13 | 10-1 | Yes | **No Vote** |
| 2 | **Tokyo Century (USA), Inc.** <br> c/o Dennis A. Dressler <br> Dressler Peters, LLC <br> 101 W. Grand Ave., Ste. 404 <br> Chicago, IL 60654 <br> ddressler@dresslerpeters.com <br><br> Claimed amount: $40,559.67 | 15-1 | Yes | **No Vote** |
| 3 | **FC Marketplace, LLC** <br> c/o Becket and Lee LLP <br> PO Box 3002 <br> Malvern PA 19355−0702 <br> FCMarketplace@becket−lee.com <br><br> Claimed amount: $5,101.59 | 5-1 | Yes | **Accept** |
| 3 | **Targeted Lending** <br> c/o Miranda L. Jakubec, Esq., Rupp Pfalzgraf LLC <br> 1600 Liberty Building <br> Buffalo, NY 14202 <br> jakubec@ruppbaase.com <br><br> Claimed amount: $54,593.42 | 11-1 | Yes | **Accept** |
| 4 | **Financial Pacific Leasing, Inc** <br> 3455 S. 344th Way, Suite 300 <br> Federal Way, WA 98001 <br> kdunn@finpac.com <br><br> Claimed amount: $16,360.77 | 16-1 | Yes | **Accept** |
| 5 | None | None | N/a | **N/a** |
| 6 | **CNH Industrial America LLC** <br> PO Box 71264 <br> Philadelphia PA 19176 <br> scott.krisman@cnhind.com <br><br> Claimed amount: $8,850.39 | 2-1 | Yes | **No Vote** |
| 6 | **Marlin** <br> PO Box 637 <br> Mount Laurel NJ 08054 <br> pmackin@marlincorp.com <br><br> Claimed amount: $44,343.06 | 6-1 | Yes | **No Vote** |

| | | | | |
|---|---|---|---|---|
| 6 | **Johnson County (KS) Watewater**<br>11811 S. Sunset Dr.<br>Olathe, KS 66061<br>JCW-Solutions@joco.gov<br><br>Claimed amount: $278.33 | 7-1 | Yes | **No Vote** |
| 6 | **Cellco Partnership d/b/a Verizon Wireless**<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147<br>William.Vermette@Verizon.Com<br><br>Claimed amount: $1,934.06 | 9-1 | Yes | **No Vote** |
| 6 | **Venimore Bank / First MO Bank**<br>Kessinger Law Firm<br>200 NW Englewood Rd. STE. B<br>Kansas City, MO 64118<br>ghflanders@kessingerlaw.net<br><br>Claimed amount: $90,966.04 | 8-1 | No (1 Ballot under Class 1) | **N/a** |
| 6 | **Internal Revenue Service**<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346<br>dorletha.m.godley@irs.gov<br><br>Claimed amount: $63,235.06 | 13-1 | Yes | **Accept** |
| 7 | Matt Nelson<br>14414 W. 92nd Terr.<br>Lenexa KS 66215<br><br>Claimed amount: N/a, co-Debtor | N/a | N/a | **N/a** |

Dated: April 20, 2023

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Jeffrey L. Wagoner, MO #44365; KS #17489
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR