# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In re:     TUFF TURF, INC.                )     Case No. 22-21176-DLS
                                  Debtor      )     Chapter: 11

## STIPULATION BETWEEN DEBTOR TUFF TURF, INC. AND CREDITOR VERIMORE BANK

NOW COME Debtor and Debtor-in-Possession Tuff Turf, Inc. ("Tuff Turf" or the "Debtor") and Creditor Verimore Bank ("Verimore"), by and through their respective counsel, and in support of their stipulation, state as follows:

## BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on December 2, 2022 (the "Petition Date").

2. On March 2, 2023, Debtor filed its Chapter 11 Small Business Subchapter V Plan of Reorganization (the "Plan", Doc. #46).

3. Debtor provided creditors, including Verimore, with a copy of the Plan and a ballot by which the creditor could vote in favor of or against the plan.

4. Verimore voted to reject the Plan.

5. Verimore is the only creditor which has voted to reject the Plan.

## RECITATIONS

6. Debtor and Verimore have spoken directly and with the facilitation of the Subchapter V Trustee, reached an agreement as set forth below. Debtor wishes for Verimore to support confirmation in furtherance of a consensual plan of reorganization.

## SUMMARY OF STIPLULATION

7. Verimore agrees to vote in favor of confirmation of the Plan with this Stipulation incorporated into the Order Confirming Plan. Verimore agrees not to file an Objection to Confirmation or oppose confirmation at the Hearing on Confirmation.

8. Debtor agrees to modify the Plan as follows:

a. On Page 7 of the Plan, addressing Section 2.1(A) Unclassified Claims – Administrative Expenses -  the proposed payment for court-approved attorney's fees is designated as $1,666.66 per month for 12 months. That amount shall be reduced, with the consent of counsel, to $800 per month for 25 months.

b. On Page 15 of the Plan, general unsecured creditors, including Verimore, are to be paid in full in Years 2 and 3 of the plan with pro rata payments. That shall be changed to reflect payments of $800 per month beginning in Year 1 of the plan. Payments in Years 2 and onward remain the same.

1

Dated: April 10, 2023.  Respectfully submitted,
WM Law

/s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEYS FOR DEBTOR TUFF TURF, INC.

Dated: April 10, 2023  Kessinger Law Firm

/s/ George Henry Flanders
George Henry Flanders, KS#78706
200 NW Englewood Rd, Ste. B
Kansas City, MO  64118
Phone (816) 436-0707 / Fax (816) 436-1380
ghflanders@kessingerlaw.net
ATTORNEYS FOR CREDITOR VERIMORE BANK

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

s/ Ryan A. Blay