# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re:    TUFF TURF, INC.        )    Case No. 22-21176-DLS11

                  Debtor    )    Chapter: 11

## FINAL FEE APPLICATION OF WM LAW, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION FROM APRIL 1, 2023 THROUGH SEPTEMBER 1, 2023

Pursuant to 11 U.S.C. §330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of WM Law applies to this Court for an order authorizing the reasonable compensation for professional legal services rendered as counsel to Tuff Turf, Inc., the Debtor and Debtor-in-Possession herein (the "Debtor"), in the amount of $3,680.00 and reimbursement of expenses in the amount of $33.60 for a total amount of $3,713.60 incurred from April 1, 2023 through September 1, 2023, and authorizing the immediate payment of said legal fees and expenses in accordance with Title 11 of the United States Code. In support of this Application, WM Law respectfully represents as follows:

## BACKGROUND

1. Debtor filed a voluntary petition under Subchapter V, Chapter 11 of Title 11 of the U.S. Bankruptcy Code (the "Bankruptcy Code") on December 2, 2022 (the "Petition Date").

2. WM Law was employed under a general retainer to represent Debtor as bankruptcy counsel in connection with this Chapter 11 case. On January 9, 2023, this Court entered an order approving the Debtor's Application to Employ WM Law as Counsel. (Doc. #39).

3. This Court previously approved the interim fee application of WM Law (Doc. #64).

4. All services for which compensation is requested by WM Law were performed for or on behalf of the Debtor and were necessary for the proper administration of the bankruptcy estate.

## SUMMARY OF SERVICES RENDERED

5. Attached hereto as **Exhibit A** are itemized billing statements of fees and expenses incurred by WM Law showing the total amount of $3680 in attorney's fees and $33.60 in expenses for fees incurred from April 1, 2023 through September 1, 2023. A Narrative Summary of legal services provided to the Debtor during this bankruptcy case is attached hereto as **Exhibit B.**

## VALUATION OF SERVICES

6. Attorneys and paraprofessionals of WM Law have expended a total of 13.2 hours in connection with this matter from April 1, 2023 through September 1, 2023, as fully set forth in the Summary Sheet attached hereto as **Exhibit C.** The Summary Sheet shows WM Law's normal hourly rates of compensation for work of this nature, as well as the reasonable value of services rendered by WM Law as counsel for Debtor from April 1, 2023 through September 1, 2023, in the amount of $3713.60 in attorney's fees and $33.60 in expenses.

7.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.

## CASE STATUS

8.     No compensation has been shared by WM Law with any person, and no agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

9.     The source of compensation sought is from the income and assets of the bankruptcy estate.

10.     The Debtor has a pending Application for Final Decree in this case, having substantially consummated the Subchapter V Chapter 11 Plan. Debtor's Subchapter V Plan of Reorganization was confirmed on June 1, 2023.

11.      WM Law certifies that it has provided a copy of this Application to Debtor for its review and approval, including a copy of the itemized billing statements for all legal fees and expenses incurred by WM Law from April 1, 2023 through September 1, 2023, in the amount of $3713.60 in attorney's fees and $33.60 in expenses for a total amount of $3713.60 attached hereto as Exhibit A, for his review.

       **WHEREFORE**, WM Law seeks approval of legal fees in the amount of $3713.60 in attorney's fees and $33.60 in expenses incurred from April 1, 2023 through September 1, 2023, and for any other relief appropriate under the circumstances.

        Dated: September 1, 2023.     Respectfully submitted,
                                       WM Law

                                       /s/ Ryan A. Blay
                                       Ryan A. Blay, MO #KS001066; KS #28110
                                       15095 W. 116th St.
                                       Olathe, KS 66062
                                       Phone (913) 422-0909 / Fax (913) 428-8549
                                       blay@wagonergroup.com
                                       ATTORNEYS FOR DEBTOR TUFF TURF, INC.

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON APPLICATION

       **NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above Motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **9/28/2023** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

       If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **144**, Kansas City, Kansas 66101, on **10/19/2023 at 1:46 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

# CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Tuff Turf Inc.**
5948 Merriam Dr.
Merriam, KS 66203
Phone: 913-283-1165
Email: landscapemanager@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 06/05/2023 | 10087 |
| **Terms** | **Service Through** |
| | 05/31/2023 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | **5.60 hrs** |
| **Total Labor** | **$1,540.00** |
| **Total Invoice Amount** | **$1,540.00** |
| **Previous Balance** | **$17,093.95** |
| 5/15/2023  Payment - Trust Account Court Approval for the Transfer from TRust to pay Partial Post-Petition Fees | ($4,749.50) |
| **Balance (Amount Due)** | **$13,884.45** |

**In Reference To: Chapter 11 filing**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/2023 | Ryan Blay | work on March and April monthly operating reports | 1.20 | $ 300.00/hr | $360.00 |
| 05/10/2023 | Ryan Blay | preparation for tomorrow's confirmation hearing including e-mail with MORs, plan, stipulation and instructions for Mr. Nelson | 1.00 | $ 300.00/hr | $300.00 |
| 05/10/2023 | Ryan Blay | drafted proposed confirmation order and e-mailed to US Trustee's office, Subchapter V trustee and attorney Flanders on behalf of Verimore Bank | 1.00 | $ 300.00/hr | $300.00 |
| 05/11/2023 | Ryan Blay | e-mails with us trustee's office and Verimore attorneys regarding proposed confirmation order. I made corrections and circulated a revised proposed order for review. | 0.40 | $ 300.00/hr | $120.00 |
| 05/11/2023 | Ryan Blay | drafted order for fee application approval | 0.20 | $ 300.00/hr | $60.00 |
| 05/11/2023 | Doug Sisson | Filed Order on Fee Application. Compiled, converted, redacted, and filed Monthly Operating Reports for 3/2023 and 4/2023 | 0.40 | $ 125.00/hr | $50.00 |
| 05/11/2023 | Ryan Blay | hearing on confirmation of plan | 1.00 | $ 300.00/hr | $300.00 |
| 05/26/2023 | Doug Sisson | Formatting and grammatical revisions to Order Confirming Plan, and uploaded to the Court for review/entry. | 0.40 | $ 125.00/hr | $50.00 |

**Case 22-21176    Doc# 69    Filed 09/01/23    Page 4 of 10**

| | |
|---|---|
| **Total Hours** | 5.60 hrs |
| **Total Labor** | $1,540.00 |
| **Total Amount** | $1,540.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Tuff Turf Inc.**
5948 Merriam Dr.
Merriam, KS 66203
Phone: 913-283-1165
Email: landscapemanager@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 07/02/2023 | 10094 |
| **Terms** | **Service Through** |
| | 06/30/2023 |

---

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $360.00 |
| **Total Invoice Amount** | $360.00 |
| **Previous Balance** | $13,884.45 |
| **Balance (Amount Due)** | **$14,244.45** |

**In Reference To: Chapter 11 filing**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/2023 | Ryan Blay | e-mail with client regarding required plan payments and offer to provide addresses from claims | 0.70 | $ 300.00/hr | $210.00 |
| 06/29/2023 | Ryan Blay | corespondence to follow up on status of June 2023 payments to move toward administrative closing of case | 0.50 | $ 300.00/hr | $150.00 |

| | |
|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $360.00 |
| **Total Amount** | $360.00 |

Case 22-21176    Doc# 69    Filed 09/01/23    Page 6 of 10

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com

**Tuff Turf Inc.**
5948 Merriam Dr.
Merriam, KS 66203
Phone: 913-283-1165
Email: landscapemanager@gmail.com



| Invoice Date | Invoice Number |
|---|---|
| 08/02/2023 | 10097 |
| **Terms** | **Service Through** |
| | 07/31/2023 |

### Billing Summary

| | |
|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $360.00 |
| **Total Invoice Amount** | $360.00 |
| **Previous Balance** | $14,244.45 |
| **Balance (Amount Due)** | **$14,604.45** |

**In Reference To: Chapter 11 filing**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/28/2023 | Ryan Blay | correspondence with Lisa Boddicker at Wells Fargo regarding alleged delinquency in plan payments | 0.70 | $ 300.00/hr | $210.00 |
| 07/31/2023 | Ryan Blay | e-mail with Samantha Knox detailing payments to creditors, including unsecured creditor breakdown | 0.50 | $ 300.00/hr | $150.00 |

| | | |
|---|---|---|
| **Total Hours** | 1.20 hrs |
| **Total Labor** | $360.00 |
| **Total Amount** | $360.00 |

**WM Law**
15095 W. 116th St
Olathe, KS 66062
Phone: 913-422-0909
Fax: 913-428-8549
Email: pilarperez@wagonergroup.com



**Tuff Turf Inc.**
5948 Merriam Dr.
Merriam, KS 66203
Phone: 913-283-1165
Email: landscapemanager@gmail.com

| Invoice Date | Invoice Number |
|---|---|
| 09/01/2023 | 10103 |
| **Terms** | **Service Through** |
| | 09/01/2023 |

**Billing Summary**

| | |
|---|---|
| **Total Hours** | 1.80 hrs |
| **Total Labor** | $540.00 |
| **Total Invoice Amount** | $540.00 |
| **Previous Balance** | $14,604.45 |
| **Balance (Amount Due)** | **$15,144.45** |

**In Reference To: Chapter 11 filing**

**Labor**

| Date | By | Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/2023 | Ryan Blay | drafted application for final decree | 1.00 | $ 300.00/hr | $300.00 |
| 09/01/2023 | Ryan Blay | began drafting final fee application | 0.80 | $ 300.00/hr | $240.00 |
| | | | **Total Hours** | | 1.80 hrs |
| | | | **Total Labor** | | $540.00 |
| | | | **Total Amount** | | $540.00 |

# EXHIBIT B – NARRATIVE SUMMARY OF LEGAL SERVICES

Counsel obtained approval of Debtor's Chapter 11 Plan. The Debtor is seeking a Final Decree.

# EXHIBIT C - Summary Sheet:  Attorney/Paralegal Time

Note:  Any instance in which more than one attorney worked on a particular matter has been assigned only to the primary attorney, thereby avoiding duplicate billing to the client.

Ryan A. Blay, Attorney.

Mr. Blay has over 15 years of bankruptcy experience and was the primary attorney on this matter, having previously worked on Chapter 11 and 12 cases.  He has spent 11.6 hours of time, from April 1, 2023 through September 1, 2023. working on every aspect of the case from start to the present.

Douglas Sisson, Paralegal.

Mr. Sisson has over 12 years' experience as a bankruptcy paralegal and is the primary paralegal on all complex reorganizations for the firm.  He spent 1.6 hours of billable time from April 1, 2023 through September 1, 2023