**SO ORDERED.**

**SIGNED this 13th day of November, 2023.**



*Dale L. Somers*
Dale L. Somers
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| In re: | TUFF TURF, INC. | ) | Case No. 22-21176 |
| | Debtor | ) | Chapter: 11 (Subchapter V) |

### ORDER APPROVING DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, DOC. #75

**WHEREAS** on **10/2/2023**, Debtor filed **Document No. 75,** the Motion for Entry of Discharge Order (the "Motion"). The Court has reviewed the Motion and being duly advised of the premises therein finds that it is satisfactory, and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is granted hereby discharging the Debtor in the above-captioned this matter, while retaining jurisdiction of any administrative expense claims.

**IS IT SO ORDERED.**

###

Respectfully Prepared and Submitted by,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergroup.com
ATTORNEY FOR DEBTOR